1   MILES EHRLICH (Bar No. 237954)
2   miles@ramsey-ehrlich.com
    ISMAIL RAMSEY (Bar No. 189820)
3   izzy@ramsey-ehrlich.com
    FELICIA GROSS (Bar No. 231909)
4   felicia@ramsey-ehrlich.com
5   RAMSEY & EHRLICH LLP
    803 Hearst Avenue
6   Berkeley, CA 94710
    (510) 548-3600 (Tel)
7   (510) 291-3060 (Fax)

8   *Attorneys for Defendant Michael F. Kara*

9

10                  **UNITED STATES DISTRICT COURT**

11               **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13

14

15

16   SECURITIES AND EXCHANGE            )   CASE NO.: C-09-1880-MHP
     COMMISSION,                        )
17                                      )
                                        )
18            PLAINTIFF,                )   **NOTICE OF SUBSTITUTION OF**
                                        )   **COUNSEL ON BEHALF OF**
19        V.                            )   **DEFENDANT MICHAEL F. KARA**
                                        )
20   MAHER F. KARA,                     )
     MICHAEL F. KARA,                   )
21   EMILE Y. JILWAN,                   )
     ZAHI T. HADDAD,                    )
22   BASSAM Y. SALMAN, and              )
     KARIM I. BAYYOUK,                  )
23                                      )
                                        )
24            DEFENDANTS.

25

26

27

28

    NOTICE OF SUBSTITUTION OF COUNSEL

1

PLEASE TAKE NOTICE that the following attorneys are substituted for John Christophe Kirk of

2

Donohue Gallagher Woods LLP for defendant Michael F. Kara in the above-entitled action.

3

Pursuant to FED.R.CIV.P. 5, all further notice and copies of pleadings, papers, and other materials

4

relevant to this action shall be served upon the following:

5

6

Miles F. Ehrlich
miles@ramsey-ehrlich.com
Ismail J. Ramsey
izzy@ramsey-ehrlich.com
Felicia Gross
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

7

8

9

10

11

12

13

DATED:  June 19, 2009

DONOHUE GALLAGHER WOODS LLP

14

    //s// John Christophe Kirke
    John Christophe Kirke

15

16

17

RAMSEY & EHRLICH LLP

18

19

    //s// Miles Ehrlich
    Miles Ehrlich

20

21

*Attorneys for Defendant Michael F. Kara*

22

23

24

25

IT IS SO ORDERED

26

Judge Marilyn H. Patel

27

28

**NOTICE OF SUBSTITUTION OF COUNSEL**