MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
LLOYD FARNHAM (Cal. Bar No. 202231)
   farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 09-1880 MHP |
| Plaintiff, <br> v. | STIPULATION EXTENDING TIME TO ANSWER  **AND ORDER** |
| MAHER F. KARA, MICHAEL F. KARA, EMILE Y. JILWAN, ZAHI T. HADDAD, BASSAM Y. SALMAN, and KARIM I. BAYYOUK, | |
| Defendants. | |

     The Plaintiff Securities and Exchange Commission and Defendants in this action have agreed that Defendants may have additional time to answer or otherwise respond to the complaint filed by the Plaintiff on April 30, 2009.  Defendants' answer is currently due on July 30, 2009, and the parties have agreed to an extension based on the Defendants' intention to respond to the complaint by filing a motion under Rule 12(b)(6) and 12(e) of the Federal Rules of Civil Procedure.  Pursuant to this Court's Standing Order, the parties seek to move the deadline for filing a motion responding to the complaint to a date later than the Case Management Conference, currently set for August 17, 2009.  Pursuant to Local Rule 6-1(a), the

1 | Plaintiff and Defendants stipulate that Defendants must answer or otherwise respond to the
2 | complaint on or before August 24, 2009.
3 |     STIPULATED AND AGREED.

5 | Dated: July 30, 2009      Respectfully submitted,

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ Sarah E. Griswold
SARAH E. GRISWOLD
Morrison & Foerster LLP
Attorneys for Defendant
MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant
MICHAEL F. KARA

/s/ William H. Green
WILLIAM H. GREEN
Attorneys for Defendant
EMILE Y. JILWAN

/s/ Jeffrey A. Feldman
JEFFREY A. FELDMAN
Attorneys for Defendant
ZAHI T. HADDAD

/s/ Thomas Breen
THOMAS BREEN
Breen Pugh & Associates
Attorneys for Defendant
BASSAM Y. SALMAN

/s/ Matthew F. Leitman
MATTHEW F. LEITMAN
Miller Canfield Paddock and Stone, PLC
Attorneys for Defendant
KARIM I. BAYYOUK

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I, Lloyd Farnham, certify that on July 30, 2009, I served copies of

**STIPULATION EXTENDING TIME TO ANSWER**

on the following parties by way of U.S. Mail and email:

| | |
|---|---|
| George C. Harris<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105<br>(Counsel for Maher F. Kara) | Thomas M. Breen, Esq.<br>Breen Pugh & Associates<br>53 W. Jackson Blvd, Suite 1460<br>Chicago, IL  60604-3797<br>(Counsel for Bassam Y. Salman) |
| William H. Green, Esq.<br>2 Wanda Way<br>Martinez, CA  94553<br>(Counsel for Emile Y. Jilwan) | Matthew F. Leitman, Esq.<br>Miller Canfield<br>840 West Long Lake Road, Suite 200<br>Troy, MI  48098<br>(Counsel for Karim I. Bayyouk) |
| Jeffrey A. Feldman, Esq.<br>505 Montgomery Street, Floor 7<br>San Francisco, CA  94111<br>(Counsel for Zahi T. Haddad) | Miles Ehrlich<br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley, CA  94710<br>(Counsel for Michael F. Kara) |

July 30, 2009                                                   \S\ Lloyd Farnham
                                                                              LLOYD FARNHAM