| | |
|---|---|
| 1 | CARL H. LOEWENSON, JR. (*Pro hac vice*) |
| | CLoewenson@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 1290 Avenue of the Americas |
| 3 | New York, NY  10104-0050 |
| | Telephone: 212.468.8000 |
| 4 | Facsimile: 212.468.7900 |
| 5 | GEORGE C. HARRIS (CA SBN 111074) |
| | GHarris@mofo.com |
| 6 | SARAH E. GRISWOLD (CA SBN 240326) |
| | SGriswold@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 8 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |
| 10 | Attorneys for Defendant |
| | MAHER KARA |
| 11 | |
| | [Additional Counsel on following page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.   CV 09 1880 MHP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS MAHER KARA, MICHAEL KARA, EMILE JILWAN, ZAHI HADDAD, BASSAM SALMAN, AND KARIM BAYYOUK'S MOTION TO DISMISS COMPLAINT, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT** |
| v. | |
| MAHER F. KARA, MICHAEL F. KARA, EMILE Y. JILWAN, ZAHI T. HADDAD, BASSAM Y. SALMAN and KARIM I. BAYYOUK | |
| Defendants. | |
| | Date:     September 28, 2009 |
| | Time:     2:00 p.m. |
| | Crtrm:   15 |
| | Hon. Marilyn H. Patel |
| | Complaint Filed: April 30, 2009 |
| | Trial Date:           None set |

[PROPOSED] ORDER GRANTING MOT. TO DISMISS
CASE NO. CV 09 1880 MHP
sf-2730741

| | | |
|---|---|---|
| 1 | MILES EHRLICH (CA SBN 237954)<br>miles@ramsey-ehrlich.com | THOMAS M. BREEN (*Pro hac vice*)<br>tbreen@defend-chicago.com |
| 2 | ISMAIL RAMSEY (CA SBN 189820)<br>izzy@ramsey-ehrlich.com | BREEN PUGH & ASSOCIATES<br>53 W. Jackson Blvd., Suite 1460 |
| 3 | RAMSEY & EHRLICH LLP<br>803 Hearst Avenue | Chicago, IL 60604-3797<br>Telephone: 312.360.1001 |
| 4 | Berkeley, CA 94710<br>Telephone: 510.548.3600 | Facsimile: 312.362.9907 |
| 5 | Facsimile: 510.291.3060 | PATRICK W. BLEGEN (*Pro hac vice*)<br>pblegen@blegenlaw.com |
| 6 | Attorneys for Defendant<br>MICHAEL F. KARA | BLEGEN & GARVEY<br>53 W Jackson Blvd, Suite 1437 |
| 7 | | Chicago, IL 60604-3797<br>Telephone: 312.957.0100 |
| 8 | | Facsimile: 312.957.0111 |
| 9 | WILLIAM H. GREEN (CA SBN 129846)<br>greenbill@pacbell.net | GAIL SHIFMAN (CA SBN 147334) |
| 10 | LAW OFFICES OF WILLIAM H. GREEN<br>2 Wanda Way | gail@shifmangroup.com<br>LAW OFFICES OF GAIL SHIFMAN |
| 11 | Martinez, CA 94553-9780<br>Telephone: 925.890.6408 | 44 Montgomery Street, Suite 3850<br>San Francisco, CA 94104<br>Telephone: 415.551.1500 |
| 12 | Facsimile: 925.887.4357 | Facsimile: 415.551.1502 |
| 13 | Attorneys for Defendant<br>EMILE JILWAN | Attorneys for Defendant |
| 14 | | BASSAM SALMAN |
| 15 | JEFFREY A. FELDMAN (CA SBN 154440) | |
| 16 | jeffrey@jeffreyfeldman.com<br>LAW OFFICES OF JEFFREY FELDMAN | MATTHEW LEITMAN (*Pro hac vice*)<br>leitman@millercanfield.com |
| 17 | 505 Montgomery Street, 7th Floor<br>San Francisco, CA 94111-2584 | MILLER, CANFIELD, PADDOCK AND<br>STONE, P.L.C. |
| 18 | Telephone: 415.391-5555<br>Facsimile: 415.391-8888 | 840 W. Long Lake Road, Suite 200<br>Troy, MI 48098 |
| 19 | Attorneys for Defendant | Telephone: 248.267.3294<br>Facsimile: 248.879.2001 |
| 20 | ZAHI HADDAD | DOUGLAS R. YOUNG (CA SBN 73248) |
| 21 | | dyoung@fbm.com<br>PAUL A. ALSDORF (CA SBN 241168) |
| 22 | | pasldorf@fbm.com<br>FARELLA BRAUN + MARTEL LLP |
| 23 | | 235 Montgomery Street, 17th Floor<br>San Francisco, CA 94101 |
| 24 | | Telephone: 415.954.4400<br>Facsimile: 415.954.4480 |
| 25 | | Attorneys for Defendant<br>KARIM BAYYOUK |
| 26 | | |
| 27 | | |
| 28 | | |

[PROPOSED] ORDER GRANTING MOT. TO DISMISS
CASE NO. CV 09 1880 MHP
sf-2730741

1

On September 28, 2009, at 2:00 p.m., defendants Maher Kara, Michael Kara, Emile Jilwan, Zahi Haddad, Bassam Salman, and Karim Bayyouk ("Defendants") moved the Court for an order dismissing the first and second causes of action in the Complaint, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), or in the alternative, for an order requiring a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).  Having considered all papers submitted in support of and in opposition to Defendants' motion, the record in this action, and the oral argument, the Court hereby holds that Plaintiff Securities and Exchange Commission fails to state a claim against Defendants for:  (1) violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder; and (2) violations of Section 14(e) of the Exchange Act and Rule 14e-3 promulgated thereunder. The Court hereby GRANTS Defendants' motion.  The Complaint is DISMISSED in its entirety for failure to state a claim.

IT IS SO ORDERED.

Dated: _____, 2009

_____
The Honorable Marilyn H. Patel
United States District Judge