MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
    fickesm@sec.gov
LLOYD FARNHAM (Cal. Bar No. 202231)
    farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 09-1880 MHP |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE AND DISCOVERY DEADLINES |
| v. | |
| MAHER F. KARA, MICHAEL F. KARA, EMILE Y. JILWAN, ZAHI T. HADDAD, BASSAM Y. SALMAN, and KARIM I. BAYYOUK, | [~~PROPOSED~~ ORDER] |
| Defendants. | |

At a status conference on November 16, 2009, the Court set certain discovery deadlines and scheduled a further status conference for February 22, 2010.  The parties submit this Joint Status Report and jointly request that the status conference and the discovery deadlines be continued for approximately 60 days.

**A.    STATUS OF THE CASE**

Three of the defendants in this civil action are also defendants in a related criminal case, *U.S. v. Maher Fayez Kara, et al.*, No. CR 09-0417 MHP.  Maher Kara, Michael Kara, and Emile Jilwan are accused of securities fraud based on the same factual allegations as those made in the

1  Commission's civil complaint. By an order dated January 29, 2010, the Court set a criminal
2  Trial and Motions Setting Conference on April 19, 2010. The defendants in the criminal action
3  told the Court they need additional time to review evidence and pursue a resolution of the case.
4  The Court has not yet set a trial date for either the criminal case or this related civil action.

5      Discovery is underway in the civil case, and the Commission has produced documents
6  obtained during its investigation, pursuant to initial disclosure obligations and defendants'
7  document requests, and defendants have responded to the document requests served by the
8  Commission. The parties have conducted two third-party depositions, and have agreed to
9  reschedule others in order to attempt to resolve the claims in the civil case.

10 **B.    STIPULATION TO CONTINUE STATUS CONFERENCE AND DISCOVERY**

11     The parties to the civil case agree that the status conference and other discovery should
12 be continued for approximately 60 days, and that discovery should be stayed until a further status
13 conference is held. This short delay in the discovery in this action will permit the parties to the
14 criminal case to work toward a resolution of that case, and permit the Commission and the
15 parties to discuss resolution of the civil claims.

16     The parties stipulate to continuing the following dates, by 63 days:

| Event or deadline | Current Date | Proposed Continued Date |
| --- | --- | --- |
| Further Status Conference | February 22, 2010 | April 26, 2010 |
| Disclosure of witnesses, case in chief | May 10, 2010 | July 12, 2010 |
| Discovery cut-off | June 7, 2010 | August 9, 2010 |
| Plaintiff's expert designation and reports | July 5, 2010 | September 6, 2010 |
| Defendants' expert designation and reports | July 21, 2010 | September 22, 2010 |
| Plaintiff's rebuttal expert designation and reports | August 6, 2010 | October 8, 2010 |
| Defendants' rebuttal expert designation and reports | August 13, 2010 | October 15, 2010 |
| Dispositive motions to be heard | September 27, 2010 | November 29, 2010 |

Dated: February 11, 2009

/s/ Robert Tashjian
ROBERT TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ George C. Harris
GEORGE C. HARRIS
Morrison & Foerster LLP
Attorneys for Defendant
MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant
MICHAEL F. KARA

/s/ William H. Green
WILLIAM H. GREEN
Attorneys for Defendant
EMILE Y. JILWAN

/s/ Patrick W. Blegen
PATRICK W. BLEGEN
Breen Pugh & Associates
Attorneys for Defendant
BASSAM Y. SALMAN

/s/ Matthew F. Leitman
MATTHEW F. LEITMAN
Miller Canfield Paddock and Stone, PLC
Attorneys for Defendant
KARIM I. BAYYOUK

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this documents have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Robert Tashjian
ROBERT TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**[PROPOSED] ORDER**

The Court has considered the materials and papers submitted by counsel in this matter and for good cause shown, IT IS HEREBY ORDERED as follows:

The Status Conference previously set for February 22, 2010 is vacated and rescheduled for April 26, 2010, at 3:00 p.m., with a joint status report to be filed one week prior to the conference.

Discovery in this case shall be stayed until the Status Conference on April 26, 2010.

The following discovery deadlines previously set by the Court are continued to the following dates:

| | |
|---|---|
| Further Status Conference | April 26, 2010 |
| Disclosure of witnesses, case in chief | July 12, 2010 |
| Discovery cut-off | August 9, 2010 |
| Plaintiff's expert designation and reports | September 6, 2010 |
| Defendants' expert designation and reports | September 22, 2010 |
| Plaintiff's rebuttal expert designation and reports | October 8, 2010 |
| Defendants' rebuttal expert designation and reports | October 15, 2010 |
| Dispositive motions to be heard | November 29, 2010 |

IT IS SO ORDERED.

Dated: __2/12_____, 2010



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA