1   MARC J. FAGEL (Cal. Bar No. 154425)
    ROBERT TASHJIAN (Cal. Bar No. 191007)
2       tashjianr@sec.gov
    MARK P. FICKES (Cal. Bar No. 178570)
3       fickesm@sec.gov
    LLOYD FARNHAM (Cal. Bar No. 202231)
4       farnhaml@sec.gov

5
    Attorneys for Plaintiff
6   SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, 26th Floor
7   San Francisco, California  94104
    Telephone:  (415) 705-2500
8   Facsimile:  (415) 705-2501

9

10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15   SECURITIES AND EXCHANGE COMMISSION,        Case No. CV 09-1880 MHP

16                 Plaintiff,                   JOINT STATUS REPORT AND
                                                STIPULATED REQUEST TO
17          v.                                  CONTINUE STATUS CONFERENCE
                                                AND DISCOVERY DEADLINES
18   MAHER F. KARA, MICHAEL F. KARA,
     EMILE Y. JILWAN, ZAHI T. HADDAD,
19   BASSAM Y. SALMAN, and KARIM I. BAYYOUK,    [PROPOSED ORDER]

20                 Defendants.

21          Based on a stipulation of the parties, on February 16, 2010 the Court set a further status

22   conference in this case for April 26, 2010.  The status conference was continued to follow a trial

23   and motions setting conference in the related criminal action pending before the Court involving

24   three of the same defendants.  The parties to the criminal action have agreed to continue that

25   hearing date until June 21, 2010.  Accordingly, in order to permit the criminal action to proceed

26   and permit the parties to continue to discuss resolution of the civil action, the parties now ask

27   that the Court continue certain discovery deadlines by approximately 60 days and reschedule the

28   further status conference in this case to June 28, 2010.

1  **A.     STATUS OF THE CASE**

2         Three of the defendants in this civil action are also defendants in a related criminal case,

3  *U.S. v. Maher Fayez Kara, et al.*, No. CR 09-0417 MHP.  Maher Kara, Michael Kara, and Emile

4  Jilwan are accused of securities fraud based on the same factual allegations as those made in the

5  Commission's civil complaint.  By a stipulation filed on April 15, 2020, the parties to the

6  criminal action have requested that the Court set a criminal Trial and Motions Setting

7  Conference on June 21, 2010.  The defendants in the criminal action told the Court they need

8  additional time to review evidence and pursue a resolution of the case.  The Court has not yet set

9  a trial date for either the criminal case or this related civil action.

10        Discovery is underway in the civil case, and the Commission has produced documents

11  obtained during its investigation, pursuant to initial disclosure obligations and defendants'

12  document requests, and defendants have responded to the document requests served by the

13  Commission.  The parties have conducted two third-party depositions, and have agreed to

14  reschedule others in order to attempt to resolve the claims in the civil case.

15  **B.     STIPULATION TO CONTINUE STATUS CONFERENCE AND DISCOVERY**

16        The parties to the civil case agree that the status conference and other discovery should

17  be continued for approximately 60 days, and that discovery should be stayed until a further status

18  conference is held.  This short delay in the discovery in this action will permit the parties to the

19  criminal case to work toward a resolution of that case, and permit the Commission and the

20  parties to discuss resolution of the civil claims.

21        The parties stipulate to continuing the following dates, by 63 days:

| **Event or deadline** | **Current Date** | **Proposed Continued Date** |
| --- | --- | --- |
| Further Status Conference | April 26, 2010 | June 28, 2010 |
| Disclosure of witnesses, case in chief | July 12, 2010 | September 13, 2010 |
| Discovery cut-off | August 9, 2010 | October 11, 2010 |
| Plaintiff's expert designation and reports | September 6, 2010 | November 8, 2010 |
| Defendants' expert designation and reports | September 22, 2010 | November 24, 2010 |

| Event or deadline | Current Date | Proposed Continued Date |
|---|---|---|
| Plaintiff's rebuttal expert designation and reports | October 8, 2010 | December 10, 2010 |
| Defendants' rebuttal expert designation and reports | October 15, 2010 | December 17, 2010 |
| Dispositive motions to be heard | November 29, 2010 | January 31, 2011 |

Dated:  April 19, 2009

/s/ Robert Tashjian
ROBERT TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ George C. Harris
GEORGE C. HARRIS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ William H. Green
WILLIAM H. GREEN
Attorneys for Defendant EMILE Y. JILWAN

/s/ Patrick W. Blegen
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Matthew F. Leitman
MATTHEW F. LEITMAN
Miller Canfield Paddock and Stone, PLC
Attorneys for Defendant KARIM I. BAYYOUK

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this documents have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Robert Tashjian
ROBERT TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

1

**[PROPOSED] ORDER**

2

3       The Court has considered the materials and papers submitted by counsel in this matter

4  and for good cause shown, IT IS HEREBY ORDERED as follows:

5       The Status Conference previously set for April 26, 2010 is vacated and rescheduled for

6  June 28, 2010, at 3:00 p.m., with a joint status report to be filed one week prior to the

7  conference.

8       Discovery in this case shall be stayed until the Status Conference on June 28, 2010.

9       The following discovery deadlines previously set by the Court are continued to the

10  following dates:

11

| | |
|---|---|
| Further Status Conference | June 28, 2010 |
| Disclosure of witnesses, case in chief | September 13, 2010 |
| Discovery cut-off | October 11, 2010 |
| Plaintiff's expert designation and reports | November 8, 2010 |
| Defendants' expert designation and reports | November 24, 2010 |
| Plaintiff's rebuttal expert designation and reports | December 10, 2010 |
| Defendants' rebuttal expert designation and reports | December 17, 2010 |
| Dispositive motions to be heard | January 31, 2011 |

       IT IS SO ORDERED.

Dated: _ 4/20_____, 2010



IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA