| | |
|---|---|
| 1 | MARC J. FAGEL (Cal. Bar No. 154425) |
| | ROBERT TASHJIAN (Cal. Bar No. 191007) |
| 2 |    tashjianr@sec.gov |
| | MARK P. FICKES (Cal. Bar No. 178570) |
| 3 |    fickesm@sec.gov |
| 4 | LLOYD FARNHAM (Cal. Bar No. 202231) |
| |    farnhaml@sec.gov |

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 09-1880 MHP |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE AND DISCOVERY DEADLINES |
| v. | |
| MAHER F. KARA, MICHAEL F. KARA, EMILE Y. JILWAN, ZAHI T. HADDAD, BASSAM Y. SALMAN, and KARIM I. BAYYOUK, | [~~PROPOSED~~ ORDER] |
| Defendants. | |

This matter is currently set for a further Status Conference on June 28, 2010. The Status Conference has been previously continued to follow the Trial and Motions Setting Conference in the related criminal action pending before the Court involving three of the same defendants. The parties to the criminal action have stipulated to continue the Trial and Motions Setting Conference until August 2, 2010. Accordingly, in order to permit the criminal action to proceed and permit the parties to continue to discuss resolution of the civil action, the parties request that the Court continue certain discovery deadlines by about 60 days and reschedule the further Status Conference in this case to August 23, 2010.

Case No. CV 09-1880 MHP      1      JOINT STATUS REPORT AND STIPULATION

**A.     STATUS OF THE CASE**

Three of the defendants in this civil action are also defendants in a related criminal case, *U.S. v. Maher Fayez Kara, et al.*, No. CR 09-0417 MHP.  Maher Kara, Michael Kara, and Emile Jilwan are accused of securities fraud based on the same factual allegations as those made in the Commission's civil complaint.  By a stipulation filed on June 17, 2010, the parties to the criminal action have requested that the Court hold the criminal Trial and Motions Setting Conference on August 2, 2010.  The Court has not yet set a trial date for either the criminal case or this related civil action.

Discovery is underway in the civil case, and the Commission has produced documents obtained during its investigation, pursuant to initial disclosure obligations and defendants' document requests, and defendants have responded to the document requests served by the Commission.  The parties have conducted two third-party depositions, and have agreed to reschedule others in order to attempt to resolve the claims in the civil case.

**B.     STIPULATION TO CONTINUE STATUS CONFERENCE AND DISCOVERY**

The parties to the civil case agree that the status conference and other discovery dates should be continued by about 60 days, and that discovery should be stayed until a further status conference is held.  This stay in the discovery in this action will permit the parties to the criminal case to work toward a resolution of that case, and permit the Commission and the parties to discuss resolution of the civil claims.

The parties stipulate to continuing the following dates, by 56 days:

| Event or deadline | Current Date | Proposed Continued Date |
|---|---|---|
| Further Status Conference | June 28, 2010 | August 23, 2010 |
| Disclosure of witnesses, case in chief | September 13, 2010 | November 8, 2010 |
| Discovery cut-off | October 11, 2010 | December 6, 2010 |
| Plaintiff's expert designation and reports | November 8, 2010 | January 3, 2011 |
| Defendants' expert designation and reports | November 24, 2010 | January 19, 2011 |

| Event or deadline | Current Date | Proposed Continued Date |
|---|---|---|
| Plaintiff's rebuttal expert designation and reports | December 10, 2010 | February 4, 2011 |
| Defendants' rebuttal expert designation and reports | December 17, 2010 | February 11, 2011 |
| Dispositive motions to be heard | January 31, 2011 | March 28, 2011 |

Dated: June 21, 2009

/s/ Robert Tashjian
ROBERT TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ George C. Harris
GEORGE C. HARRIS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ William H. Green
WILLIAM H. GREEN
Attorneys for Defendant EMILE Y. JILWAN

/s/ Patrick W. Blegen
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Matthew F. Leitman
MATTHEW F. LEITMAN
Miller Canfield Paddock and Stone, PLC
Attorneys for Defendant KARIM I. BAYYOUK

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this documents have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Robert Tashjian
ROBERT TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | |

The Court has considered the materials and papers submitted by counsel in this matter and for good cause shown, IT IS HEREBY ORDERED as follows:

The Status Conference previously set for June 28, 2010 is vacated and rescheduled for August 23, 2010, at 3:00 p.m., with a joint status report to be filed one week prior to the conference.

Discovery in this case shall be stayed until the Status Conference on August 23, 2010.

The following discovery deadlines previously set by the Court are continued to the following dates:

| | |
|---|---|
| Further Status Conference | August 23, 2010 |
| Disclosure of witnesses, case in chief | November 8, 2010 |
| Discovery cut-off | December 6, 2010 |
| Plaintiff's expert designation and reports | January 3, 2011 |
| Defendants' expert designation and reports | January 19, 2011 |
| Plaintiff's rebuttal expert designation and reports | February 4, 2011 |
| Defendants' rebuttal expert designation and reports | February 11, 2011 |
| Dispositive motions to be heard | March 28, 2011 |

IT IS SO ORDERED.

Dated: __June 22_____, 2010



IT IS SO ORDERED
Judge Marilyn H. Patel