MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
    fickesm@sec.gov
LLOYD FARNHAM (Cal. Bar No. 202231)
    farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>MAHER F. KARA, MICHAEL F. KARA,<br>EMILE Y. JILWAN, ZAHI T. HADDAD,<br>BASSAM Y. SALMAN, and KARIM I. BAYYOUK,<br><br>        Defendants. | Case No. CV 09-1880 MHP<br><br>JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE STATUS CONFERENCE AND DISCOVERY DEADLINES<br><br>[~~PROPOSED~~ ORDER] |

By Order dated October 25, 2010, this matter is currently set for a further Status Conference on January 31, 2011. The Status Conference has been previously continued by the Court in order to follow the Trial and Motions Setting Conference in the related criminal action pending before the Court. Pursuant to a stipulation entered by the parties to the criminal action and on order of the Court, the Trial and Motions Setting Conference in the criminal action has now been continued to March 21, 2011. There are significant issues to be resolved in the criminal action, including the determination of the competency to enter a guilty plea by a defendant in the criminal action who is also a defendant in this civil action. Accordingly, the

parties to this civil action request that the Court continue certain discovery deadlines by about 60 days and reschedule the further Status Conference in this case to March 28, 2011.

A.      STATUS OF THE CASE

Three of the defendants in this civil action are also defendants in a related criminal case, *United States v. Maher Fayez Kara, et al.*, No. CR 09-0417 MHP.  The criminal indictment contains factual allegations also alleged in the Commission's civil action.  The Court has set the criminal Trial and Motions Setting Conference for March 21, 2011.  The Court has not set a trial date for either the related criminal case or this civil action.

Discovery is underway in the civil case, and the Commission has produced documents obtained during its investigation, pursuant to initial disclosure obligations and defendants' document requests, and defendants have responded to the document requests served by the Commission.  The parties have conducted two third-party depositions, and have agreed to reschedule others in order to attempt to resolve the claims in the civil case.

B.      STIPULATION TO CONTINUE STATUS CONFERENCE AND DISCOVERY

The parties agree that the status conference and other discovery dates should be continued by about 60 days, and that discovery should be stayed until a further status conference. This stay in the discovery in this action will permit the parties to the criminal case to try to resolve the case, and permit the parties to discuss resolution of the civil claims.

The parties stipulate to continuing the following dates, by 98 days:

| Event or deadline | Current Date | Proposed Continued Date |
|---|---|---|
| Further Status Conference | January 31, 2011 | March 28, 2011 |
| Disclosure of witnesses, case in chief | April 18, 2011 | June 17, 2011 |
| Discovery cut-off | May 16, 2011 | July 15, 2011 |
| Plaintiff's expert designation and reports | June 13, 2011 | August 19, 2011 |
| Defendants' expert designation and reports | June 29, 2011 | August 31, 2011 |
| Plaintiff's rebuttal expert designation and reports | July 15, 2011 | September 16, 2011 |

| Event or deadline | Current Date | Proposed Continued Date |
|---|---|---|
| Defendants' rebuttal expert designation and reports | July 22, 2011 | October 5, 2011 |
| Dispositive motions to be heard | September 12, 2011 | November 14, 2011 |

Dated:  January 21, 2011

/s/ Robert Tashjian
ROBERT TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ George C. Harris
GEORGE C. HARRIS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ William H. Green
WILLIAM H. GREEN
Attorneys for Defendant EMILE Y. JILWAN

/s/ Patrick W. Blegen
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Matthew F. Leitman
MATTHEW F. LEITMAN
Miller Canfield Paddock and Stone, PLC
Attorneys for Defendant KARIM I. BAYYOUK

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this documents have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Robert Tashjian
ROBERT TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

# [PROPOSED] ORDER

The Court has considered the materials and papers submitted by counsel in this matter and for good cause shown, IT IS HEREBY ORDERED as follows:

The Status Conference previously set for January 21, 2011, is vacated and rescheduled for March 28, 2011, at 3:00 p.m., with a joint status report to be filed one week prior to the conference.

Discovery in this case shall be stayed until the Status Conference on March 28, 2011.

The following discovery deadlines previously set by the Court are continued to the following dates:

| | |
|---|---|
| Further Status Conference | March 28, 2011 |
| Disclosure of witnesses, case in chief | June 17, 2011 |
| Discovery cut-off | July 15, 2011 |
| Plaintiff's expert designation and reports | August 19, 2011 |
| Defendants' expert designation and reports | August 31, 2011 |
| Plaintiff's rebuttal expert designation and reports | September 16, 2011 |
| Defendants' rebuttal expert designation and reports | October 5, 2011 |
| Dispositive motions to be heard | November 14, 2011 |

IT IS SO ORDERED.

Dated: __January 25_____, 2011



IT IS SO ORDERED
Judge Marilyn H. Patel