1   MARC J. FAGEL (Cal. Bar No. 154425)
    ROBERT TASHJIAN (Cal. Bar No. 191007)
2      tashjianr@sec.gov
    MARK P. FICKES (Cal. Bar No. 178570)
3      fickesm@sec.gov
4   LLOYD FARNHAM (Cal. Bar No. 202231)
       farnhaml@sec.gov
5
    Attorneys for Plaintiff
6   SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, 26th Floor
7   San Francisco, California  94104
    Telephone:  (415) 705-2500
8   Facsimile:  (415) 705-2501

9
10
11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION
14

| | |
|---|---|
| 15  SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 09-1880 MHP |
| 16           Plaintiff, | JOINT STATUS REPORT AND STIPULATED REQUEST TO |
| 17           v. | CONTINUE STATUS CONFERENCE AND DISCOVERY DEADLINES |
| 18  MAHER F. KARA, MICHAEL F. KARA, EMILE Y. JILWAN, ZAHI T. HADDAD, | |
| 19  BASSAM Y. SALMAN, and KARIM I. BAYYOUK, | [~~PROPOSED~~ ORDER] |
| 20           Defendants. | |

21       By Order dated January 25, 2011, this matter is currently set for a further Status

22  Conference on March 28, 2011.  The Status Conference has been previously continued by the

23  Court in order to follow the Trial and Motions Setting Conference in the related criminal action

24  pending before the Court.  Pursuant to a stipulation entered by the parties to the criminal action

25  and on order of the Court, the Trial and Motions Setting Conference in the criminal action has

26  now been continued to April 25, 2011.  There are significant issues to be resolved in the criminal

27  action, including the determination of the competency to enter a guilty plea by a defendant in the

28  criminal action who is also a defendant in this civil action.  The hearing regarding the

1  competency of this defendant in the criminal action took place on March 21, 2011, with an order
2  to be issued by the court, and the defendants in the criminal proceeding have been ordered to
3  appear before the court on April 25, 2011.  Accordingly, the parties to this civil action request
4  that the Court continue certain discovery deadlines by about 45 days and reschedule the further
5  Status Conference in this case to May 9, 2011.

6  **A.    STATUS OF THE CASE**

7  Three of the defendants in this civil action are also defendants in a related criminal case,
8  *United States v. Maher Fayez Kara, et al.*, No. CR 09-0417 MHP.  The criminal indictment
9  contains factual allegations also alleged in the Commission's civil action.  The Court has
10 adjourned the criminal action until April 25, 2011.  The Court has not set a trial date for either
11 the related criminal case or this civil action.

12 Discovery is underway in the civil case, and the Commission has produced documents
13 obtained during its investigation, pursuant to initial disclosure obligations and defendants'
14 document requests, and defendants have responded to the document requests served by the
15 Commission.  The parties have conducted two third-party depositions, and have agreed to
16 reschedule others in order to attempt to resolve the claims in the civil case.

17 **B.    STIPULATION TO CONTINUE STATUS CONFERENCE AND DISCOVERY**

18 The parties agree that the status conference and other discovery dates should be
19 continued by about 45 days, and that discovery should be stayed until a further status conference.
20 This stay in the discovery in this action will permit the parties to the criminal case to try to
21 resolve the case, and permit the parties to discuss resolution of the civil claims.

22 The parties stipulate to continuing the following dates, by 42 days:

| **Event or deadline** | **Current Date** | **Proposed Continued Date** |
|---|---|---|
| Further Status Conference | March 28, 2011 | May 9, 2011 |
| Disclosure of witnesses, case in chief | June 17, 2011 | July 29, 2011 |
| Discovery cut-off | July 15, 2011 | August 26, 2011 |
| Plaintiff's expert designation and reports | August 19, 2011 | September 30, 2011 |

| Event or deadline | Current Date | Proposed Continued Date |
|---|---|---|
| Defendants' expert designation and reports | August 31, 2011 | October 12, 2011 |
| Plaintiff's rebuttal expert designation and reports | September 16, 2011 | October 28, 2011 |
| Defendants' rebuttal expert designation and reports | October 5, 2011 | November 16, 2011 |
| Dispositive motions to be heard | November 14, 2011 | December 19, 2011 |

Dated: March 21, 2011

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ George C. Harris
GEORGE C. HARRIS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ William H. Green
WILLIAM H. GREEN
Attorneys for Defendant EMILE Y. JILWAN

/s/ Patrick W. Blegen
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Matthew F. Leitman
MATTHEW F. LEITMAN
Miller Canfield Paddock and Stone, PLC
Attorneys for Defendant KARIM I. BAYYOUK

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**[~~PROPOSED~~] ORDER**

The Court has considered the materials and papers submitted by counsel in this matter and for good cause shown, IT IS HEREBY ORDERED as follows:

The Status Conference previously set for March 28, 2011, is vacated and rescheduled for May 9, 2011, at 3:00 p.m., with a joint status report to be filed one week prior to the conference.

Discovery in this case shall be stayed until the Status Conference on May 9, 2011.

The following discovery deadlines previously set by the Court are continued to the following dates:

| | |
|---|---|
| Further Status Conference | May 9, 2011 |
| Disclosure of witnesses, case in chief | July 29, 2011 |
| Discovery cut-off | August 26, 2011 |
| Plaintiff's expert designation and reports | September 30, 2011 |
| Defendants' expert designation and reports | October 12, 2011 |
| Plaintiff's rebuttal expert designation and reports | October 28, 2011 |
| Defendants' rebuttal expert designation and reports | November 16, 2011 |
| Dispositive motions to be heard | December 19, 2011 |

IT IS SO ORDERED.

Dated: ___3/22_____, 2011

