MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
   fickesm@sec.gov
LLOYD FARNHAM (Cal. Bar No. 202231)
   farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 09-CV-1880 EMC |
| Plaintiff, | JOINT CMC STATEMENT AND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| MAHER F. KARA, MICHAEL F. KARA, EMILE Y. JILWAN, BASSAM Y. SALMAN, and KARIM I. BAYYOUK, | [PROP~~O~~SED ORDER] |
| Defendants. | |

     By Order of this Court dated July 7, 2011, this matter is currently set for a Case Management Conference on August 19, 2011.  The parties request that this Conference be continued until September 30, 2011.

     Three of the defendants in this case are also subject to pending criminal charges in a related criminal action pending before the Court.  Two of these defendants, Maher Kara and Michael Kara (named as Mounir Kara in the indictment) changed their pleas to guilty on July 7 and July 13, 2011.  The third defendant in this case also subject to criminal charges, Emile

Jilwan, is set to appear before this Court for a Status Conference and Trial and Motions Setting Conference on September 7, 2011.

In light of the guilty pleas of Maher Kara and Michael Kara, counsel for the Commission and these defendants are discussing potential resolution of the Commission's claims against them. After September 7, 2011, the parties will be in a better position to discuss the posture of this case and propose a discovery schedule for the remaining claims and defendants.

Accordingly, the parties to this civil action request that the Court continue the Case Management Conference in this case to September 30, 2011.

A.   STATUS OF THE CASE

Three of the defendants in this civil action are also defendants in a related criminal case, United States v. Maher Fayez Kara, et al., Case No. 09- CR-0417 EMC. The criminal indictment contains factual allegations also alleged in the Commission's civil action. No trial dates have been set for either the related criminal case or this civil action.

Discovery is underway in the civil case, and the Commission has produced documents obtained during its investigation, pursuant to initial disclosure obligations and defendants' document requests, and defendants have responded to the document requests served by the Commission. Discovery had previously been stayed pursuant to order of the Court.

Since the last status conference statement submitted to the Court on June 20, 2011, two of the defendants, Maher Kara and Michael Kara, have pled guilty to criminal charges related to the same insider trading allegations contained in the Commission's enforcement action.

B.   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

The parties agree that the Case Management Conference should be continued by 42 days, until September 30, 2011.

Dated: August 12, 2011              /s/ Lloyd Farnham
                                    LLOYD FARNHAM
                                    Attorney for Plaintiff
                                    SECURITIES AND EXCHANGE COMMISSION

| | |
|---|---|
| 1 | /s/ George C. Harris |
| 2 | GEORGE C. HARRIS<br>Morrison & Foerster LLP |
| 3 | Attorneys for Defendant MAHER KARA |
| 4 | /s/ Ismail Ramsey |
|   | ISMAIL RAMSEY |
| 5 | Ramsey & Ehrlich LLP<br>Attorneys for Defendant MICHAEL F. KARA |
| 6 | |
| 7 | /s/ William H. Green<br>WILLIAM H. GREEN |
|   | Attorneys for Defendant EMILE Y. JILWAN |
| 8 | |
| 9 | /s/ Patrick W. Blegen<br>PATRICK W. BLEGEN |
| 10 | Attorneys for Defendant BASSAM Y. SALMAN |
| 11 | /s/ Matthew F. Leitman |
|   | MATTHEW F. LEITMAN |
| 12 | Miller Canfield Paddock and Stone, PLC<br>Attorneys for Defendant KARIM I. BAYYOUK |

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

## [PRO~~POS~~ED] ORDER

The Court has considered the materials and papers submitted by counsel in this matter and for good cause shown, IT IS HEREBY ORDERED as follows:

The Case Management Conference previously set for August 19, 2011, is continued to September 30, 2011, at 9:00 a.m., with a joint status report to be filed one week prior to the conference.

IT IS SO ORDERED.

Dated: August 15, 2011

_____
JUDGE EDWARD M. CHEN
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED* — Judge Edward M. Chen [signature/seal]