MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
　tashjianr@sec.gov
LLOYD FARNHAM (Cal. Bar No. 202231)
　farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MAHER F. KARA, MICHAEL F. KARA,<br>BASSAM Y. SALMAN, and KARIM I. BAYYOUK,<br><br>　　　　　Defendants. | Case No. 09-CV-1880 EMC<br><br>JOINT STATUS REPORT AND UPDATED CASE MANAGEMENT STATEMENT  ; ORDER RESETTING CMC<br><br>Further Case Management Conf.:<br>February 3, 2012 at 10:30 a.m.<br>Honorable Edward M. Chen<br>Courtroom 5 |

　　　　This matter is currently set for a Further Case Management Conference on February 3, 2012, at 10:30 a.m.  The parties submit this Joint Status Report and Updated Case Management Statement in advance of the Conference.

**I.　　STATUS REPORT**

　　　　Since the last Status Conference before this court, the Commission has reached a resolution with defendant Emile Jilwan, and the Court has entered a Final Judgment against Jilwan pursuant to the Consent Judgment submitted by the parties.

1        The related criminal action against defendant Bassam Salman, <u>U.S. v. Bassam Yacoub Salman</u>, Case No. CR 11-0625 EMC, has been assigned to this Court and is on the Court's calendar for a Status Conference and Trial Setting Hearing on February 8, 2012.

        The other related criminal action charges defendants Maher Kara, Michael Kara (named as Mounir Kara in the indictment), and Emile Jilwan, in the case titled <u>U.S. v. Kara, et al.</u>, Case No. CR 09-0417 EMC.  Maher Kara and Michael Kara have entered guilty pleas, but have not been sentenced.  Maher Kara and Michael Kara are set for a Status Conference on June 20, 2012.

        In light of the guilty pleas of Maher Kara and Michael Kara, counsel for the Commission and these defendants are continuing to discuss potential resolution of the Commission's claims against them, but no agreed resolution has been reached at this time.

        No trial date has been set for the civil action, and dates regarding discovery deadlines and pretrial dates have been previously vacated.

**II.    UPDATED CASE MANAGEMENT STATEMENT**

        The parties provide the following information, updating the Case Management Statement previously submitted in this matter:

        There are four defendants remaining in this civil enforcement action brought by the Commission:  Maher Kara, Michael Kara, Bassam Salman, and Karim Bayyouk.  All these defendants have been served and have appeared in the case.

        Before discovery was stayed, the parties had begun discovery, including conducting depositions.  The Commission produced documents obtained during its investigation pursuant to Rule 26 initial disclosure obligations and document requests, and the defendants have made Rule 26 initial disclosures and responded to document requests served by the Commission.

        The facts of the case, the legal issues, and the relief sought by the Commission have not changed since the case was filed and the parties submitted the original Case Management Statement.  The parties do not anticipate any amendments to the pleadings at this time.

        The case will be tried to a jury, pursuant to jury demands made by the defendants.  The parties estimate a 10-day jury trial.

1  Given the posture of the case, with three of the defendants in the civil case also facing
2  criminal charges arising from the same conduct, the parties do not believe it would be productive
3  or practical to set a trial date at this time.

5  Dated:  January 26, 2011              Respectfully submitted,

7   /s/ Lloyd Farnham
    LLOYD FARNHAM
8   Attorney for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION

10  /s/ George C. Harris
    GEORGE C. HARRIS
11  Morrison & Foerster LLP
    Attorneys for Defendant MAHER KARA

13  /s/ Ismail Ramsey
    ISMAIL RAMSEY
    Ramsey & Ehrlich LLP
14  Attorneys for Defendant MICHAEL F. KARA

15  /s/ Patrick W. Blegen
    PATRICK W. BLEGEN
16  Attorneys for Defendant BASSAM Y. SALMAN

17  /s/ Matthew F. Leitman
    MATTHEW F. LEITMAN
18  Miller Canfield Paddock and Stone, PLC
    Attorneys for Defendant KARIM I. BAYYOUK

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

IT IS SO ORDERED that the Further CMC is reset from 2/3/12 to 5/4/12 at 10:30 a.m. An updated joint CMC Statement is due 4/27/12.

_____
Edward M. Chen
U.S. Dist

SEC v. Kara, et al.                 3                 JOINT STATUS REPORT
Case No. 09-CV-1880 EMC