BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 912-5886
Facsimile: (415) 438-2655
Email: bhgetz@pacbell.net

Attorney for Defendant
KARIM I. BAYYOUK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MAHER F. KARA, MICHAEL F. KARA,<br>BASSAM Y. SALMAN, and KARIM I. BAYYOUK,<br><br>Defendants. | Case No. 09-CV-1880 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR DEFENDANT KARIM I. BAYYOUK** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Karim I. Bayyouk hereby makes the following substitution of counsel of record in the above-captioned matter:

Former Counsel of Record:

> Matthew F. Leitman, Esq.
> Miller Canfied Paddock & Stone, PLC
> 840 West Long Lake Road, Suite 200
> Troy, MI 48098
> Telephone: (248) 267-3294
> Facsimile: (248) 879-2001
> Email: leitman@millercanfield.com
>
> Paul A. Alsdorf, Esq.
> Farella Braun + Martel LLP
> 235 Montgomery Street, 17th Floor
> San Francisco, CA 94104
> Telephone: (415) 954-4494
> Facsimile: (415) 954-4480
> Email: palsdorf@fbm.com

The foregoing attorneys should be removed and, consequently, no longer receive notice of e-filings. Defendant Bayyouk's new counsel of record will be:

> Brian H Getz, Esq.
> Law Offices of Brian H Getz
> 44 Montgomery Street, Suite 3850
> San Francisco, CA 94104
> Telephone: (415) 912-5886
> Facsimile: (415) 438-2655
> Email: bhgetz@pacbell.net

The foregoing attorney is admitted to practice before this Court and is a member in good standing of the State Bar of California. Brian H Getz hereby enters his appearance as counsel of record on behalf of Defendant Karim I. Bayyouk and is hereafter authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant Bayyouk.

///

///

///

Defendant Bayyouk and the attorneys listed above consent to this substitution:

DEFENDANT

Dated: July 2, 2012    By: /s/Karim I. Bayyouk
                          Karim I. Bayyouk

MILLER CANFIED PADDOCK & STONE, PLC

Dated: July 2, 2012    By: /s/Matthew F. Leitman
                          Matthew F. Leitman

FARELLA BRAUN + MARTEL LLP

Dated: July 2, 2012    By: /s/Paul A. Alsdorf
                          Paul A. Alsdorf

LAW OFFICES OF BRIAN H GETZ

Dated: July 2, 2012    By: /s/Brian H Getz
                          Brian H Getz

I, Brian H Getz, am the ECF user whose ID and password are being used to file this Stipulated Substitution of Counsel. In compliance with General Order 45, I hereby attest that the above parties have concurred with this filing.

Dated: July 2, 2012    By: /s/Brian H Getz
                          Brian H Getz

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____July 2____, 2012

_____
The Honorable
United States D

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR DEFENDANT KARIM I. BAYYOUK**
**CASE NO. 09-CV-1880-EMC**