MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
tashjianr@sec.gov
LLOYD FARNHAM (Cal. Bar No. 202231)
farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>MAHER F. KARA, MICHAEL F. KARA, BASSAM Y. SALMAN, and KARIM I. BAYYOUK,<br><br>Defendants. | Case No. 09-CV-1880 EMC<br><br>JOINT STATUS REPORT AND UPDATED CASE MANAGEMENT STATEMENT ; ORDER RESETTING CMC<br><br>Further Case Management Conf.:<br>July 6, 2012 at 10:30 a.m.<br>Honorable Edward M. Chen<br>Courtroom 5, 17th Floor |

This matter is currently set for a Further Case Management Conference on July 6, 2012. The parties submit this Joint Status Report and Updated Case Management Statement in advance of the Conference.

## I. STATUS REPORT

There are four remaining defendants in this insider trading action brought by the Securities and Exchange Commission ("Commission"): (1) Maher Kara, (2) Michael Kara, (3) Bassam Salman, and (4) Karim Bayyouk. Since the last Joint Status report was submitted, a criminal indictment against Karim Bayyouk was filed charging him with one count of

obstructing the Commission's investigation of the insider trading allegations at issue in this action. Defendants Maher Kara, Michael Kara, and Bassam Salman were charged previously in related criminal actions as described below.

The criminal action against Karim Bayyouk, U.S. v. Karim Iskander Bayyouk, Case No. 12-CR-0420 JW, is currently pending before Judge James Ware, and a status conference is scheduled for September 10, 2012.

The criminal action against Bassam Salman, U.S. v. Bassam Yacoub Salman, Case No. 11- CR-0625 EMC, is pending before this Court and is set for a 12-day jury trial to commence on March 4, 2013.

The criminal action against Maher Kara and Michael Kara (named as Mounir Kara in the indictment) is titled U.S. v. Kara, et al., Case No. 09-CR-0417 EMC. Maher Kara and Michael Kara have entered guilty pleas, but have not been sentenced. Maher Kara and Michael Kara are scheduled for a Status Conference in the criminal case on December 12, 2012.

No trial date has been set for the Commission's civil action, and dates regarding discovery deadlines and pretrial dates have been vacated by prior orders.

## II. UPDATED CASE MANAGEMENT STATEMENT

The parties provide the following information, updating the Case Management Statement previously submitted in this matter:

There are four defendants remaining in this civil enforcement action brought by the Commission: Maher Kara, Michael Kara, Bassam Salman, and Karim Bayyouk. All these defendants have been served and have appeared in the case.

The parties began conducting discovery in 2009, including conducting depositions. The Commission produced documents obtained during its investigation pursuant to Rule 26 initial disclosure obligations and document requests, and the defendants have made Rule 26 initial disclosures and responded to document requests served by the Commission. Discovery is the case was stayed beginning on February 16, 2010, by order of Judge Marilyn Hall Patel. The last order explicitly staying discovery expired on June 27, 2011, the date of a Status Conference set

by Judge Patel. The parties have not conducted further civil discovery since discovery in the case was first stayed on February 16, 2010.

The case was reassigned to this Court on June 6, 2011.

The facts of the case, the legal issues, and the relief sought by the Commission have not changed since the case was filed and the parties submitted the original Case Management Statement. The parties do not anticipate any amendments to the pleadings at this time.

The case will be tried before a jury, pursuant to jury demands made by the defendants. The parties estimate a 10-day jury trial.

Dated: June 28, 2012

Respectfully submitted,

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ George C. Harris
GEORGE C. HARRIS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ Patrick W. Blegen
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Matthew F. Leitman
MATTHEW F. LEITMAN
Miller Canfield Paddock and Stone, PLC
Attorneys for Defendant KARIM I. BAYYOUK

IT IS SO ORDERED. Further CMC is reset from 7/6/12 to 10/26/12 at 10:30 a.m.

Edward M. Chen
U.S. District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Lloyd Farnham
LLOYD FARNHAM