MICHAEL S. DICKE (Cal. Bar No. 158187)
ROBERT L. TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
LLOYD FARNHAM (Cal. Bar No. 202231)
    farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>MAHER F. KARA, MICHAEL F. KARA, BASSAM Y. SALMAN, and KARIM I. BAYYOUK,<br><br>            Defendants. | Case No. 09-CV-1880 EMC<br><br>JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE<br><br>[PROPOSED] ORDER<br><br>Further Case Management Conf.:<br>April 25, 2013 at 10:30 a.m.<br>Honorable Edward M. Chen<br>Courtroom 5, 17th Floor |

This matter is currently set for a Further Case Management Conference on April 25, 2013.  The parties submit this Joint Status Report, and a Stipulated Request to Continue the Conference because the related criminal matters are still pending.

**I.     STATUS REPORT**

The parties submit the following status report and updated case management statement:

There are four remaining defendants in this insider trading action brought by the Securities and Exchange Commission ("Commission"), (1) Maher Kara, (2) Michael Kara,

1  (3) Bassam Salman, and (4) Karim Bayyouk.  Each of the defendants in the Commission action
2  is also a defendant in related criminal matters.  Maher Kara and Michael Kara have pled guilty
3  but have not been sentenced (<u>U.S. v. Kara, et al.</u>, Case No. 09-CR-0417 EMC).
4      The criminal matter involving Bassam Salman, <u>U.S. v. Bassam Yacoub Salman</u>, Case
5  No. 11- CR-0625 EMC, is set for a 12-day jury trial to begin on June 24, 2013.
6      The criminal matter involving Karim Bayyouk, <u>U.S. v. Karim Iskander Bayyouk</u>, Case
7  No. 12-CR-0420 EMC, is set for an 8-day trial to begin on August 26, 2013.
8      No trial date has been set for the Commission's civil action, and dates regarding
9  discovery deadlines and pretrial dates have been vacated by prior orders.
10      The Court held a case management conference in this case on October 26, 2012, and
11  directed that the Commission matter should continue to be stayed until the criminal matters are
12  resolved.  (Docket No. 113)  The Court set a further case management for April 25, 2013, to
13  follow the criminal trial in the Bassam Salman matter, which was set for March 2013 at the time
14  of the conference.  The Bassam Salman criminal trial date has since been continued to June 24,
15  2013, and the Karim Bayyouk trial has since been set for August 26, 2013.

16  **II.    STIPULATED REQUEST TO CONTINUE**

17      Based on the above trial dates for the two related criminal matters, and the Court's
18  direction that the civil action should be stayed until the criminal matters are resolved, the parties
19  in this action respectfully request that the further case management conference be continued until
20  after the criminal trial dates.  The parties suggest a further case management conference be set
21  for October 3, 2013.

22

23  Dated:  April 17, 2013                    Respectfully submitted,

24                                            /s/ Lloyd Farnham
                                              LLOYD FARNHAM
25                                            Attorney for Plaintiff
                                              SECURITIES AND EXCHANGE COMMISSION
26
                                              /s/ George C. Harris
27                                            GEORGE C. HARRIS
                                              Morrison & Foerster LLP
28                                            Attorneys for Defendant MAHER KARA

1  /s/ Ismail Ramsey
ISMAIL RAMSEY
2  MILES EHRLICH
Ramsey & Ehrlich LLP
3  Attorneys for Defendant MICHAEL F. KARA

4  /s/ Patrick W. Blegen
GAIL R. SHIFMAN
5  THOMAS M. BREEN
PATRICK W. BLEGEN
6  Attorneys for Defendant BASSAM Y. SALMAN

7  /s/ Brian H. Getz
BRIAN H. GETZ
8  Attorneys for Defendant KARIM I. BAYYOUK

10  In accordance with General Order 45, each of the signatories to this document have

11  concurred in its filing, and I shall maintain records to support these concurrences.

13  /s/ Lloyd Farnham
LLOYD FARNHAM

16  **[PROPOSED] ORDER**

17  For the reasons stated above, and for good cause shown, the Court hereby continues the

18  Further Case Management Conference in this case to _____ 10/3/13 at 10:30 a.m. _____.

19  The parties must file an updated Case Management Conference statement on or before

20  9/26/13 _____.

22  Dated:

District Judge Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

SEC v. Kara, et al.                           3                    JOINT STATUS REPORT
Case No. 09-CV-1880 EMC                                AND STIPULATION TO CONTINUE CMC