1  MICHAEL S. DICKE (Cal. Bar No. 158187)
2  ROBERT L. TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
3  LLOYD FARNHAM (Cal. Bar No. 202231)
    farnhaml@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>MAHER F. KARA, MICHAEL F. KARA, BASSAM Y. SALMAN, and KARIM I. BAYYOUK,<br><br>        Defendants. | Case No. 09-CV-1880 EMC<br><br>JOINT STATUS REPORT AND STIPULATED REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE<br><br>[PROPOSED] ORDER<br><br>Further Case Management Conf.:<br>October 8, 2013 at 3:00 p.m.<br>Honorable Edward M. Chen<br>Courtroom 5, 17th Floor |

     This matter is currently set for a Further Case Management Conference on October 8, 2013. The parties submit this Joint Status Report, and a Stipulated Request to Continue the Conference to permit the parties to confer regarding the proceedings in the case in light of the pending criminal cases and the recently concluded trials in the related criminal matters.

**I.  STATUS REPORT**

     The parties submit the following status report and updated case management statement:

     There are four remaining defendants in this insider trading action brought by the

1 Securities and Exchange Commission ("Commission"), (1) Maher Kara, (2) Michael Kara,
2 (3) Bassam Salman, and (4) Karim Bayyouk. Each of the defendants in the Commission action
3 is also a defendant in related criminal matters. Maher Kara and Michael Kara have pled guilty
4 but have not been sentenced (U.S. v. Kara, et al., Case No. 09-CR-0417 EMC). The Court has
5 set a status conference regarding these criminal charges for November 6, 2013.

6 On September 30, 2013, a jury returned a guilty verdict regarding the charges against
7 Bassam Salman, U.S. v. Bassam Yacoub Salman, Case No. 11- CR-0625 EMC. The Court
8 scheduled a sentencing hearing regarding Mr. Salman for January 15, 2014.

9 On September 3, 2013, a jury returned a guilty verdict regarding the charge against
10 Karim Bayyouk, U.S. v. Karim Iskander Bayyouk, Case No. 12-CR-0420 EMC. The Court
11 scheduled a sentencing hearing regarding Mr. Bayyouk for January 15, 2014.

12 No trial date has been set for the Commission's civil action, and dates regarding
13 discovery deadlines and pretrial dates have been vacated by prior orders. The Court held a case
14 management conference in this case on October 26, 2012, and directed the Commission matter
15 stayed until the criminal matters are resolved. (Docket No. 113) The Court set a further case
16 management for April 25, 2013, which was then continued to October 8, 2013 after the criminal
17 trials involving Bassam Salman and Karim Bayyouk were continued to August and September.

18 **II.     STIPULATED REQUEST TO CONTINUE**

19 Based on recently concluded trials in two related criminal matters, and the Court's
20 direction that the civil action should be stayed until the criminal matters are resolved, the parties
21 in this action respectfully request that the further case management conference be continued for
22 approximately 45 days to permit the parties to discuss a plan to proceed with the case and to
23 explore resolution of the Commission's civil claims. The parties suggest a further case
24 management conference be set for November 19, 2013.

25 Dated: October 2, 2013                    Respectfully submitted,

26                                           /s/ Lloyd Farnham
                                             LLOYD FARNHAM
27                                           Attorney for Plaintiff
                                             SECURITIES AND EXCHANGE COMMISSION
28

/s/ George C. Harris
GEORGE C. HARRIS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
MILES EHRLICH
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ Patrick W. Blegen
GAIL R. SHIFMAN
THOMAS M. BREEN
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Brian H. Getz
BRIAN H. GETZ
Attorneys for Defendant KARIM I. BAYYOUK

In accordance with General Order 45, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Lloyd Farnham
LLOYD FARNHAM

## [PR~~OPO~~SED] ORDER

For the reasons stated above, and for good cause shown, the Court hereby continues the Further Case Management Conference in this case to ___12/5/13 at 10:30 a.m___. The parties must file an updated Case Management Conference statement on or before ___11/27/13___.

Dated: 10/3/13

_____
District Judge Edward M. Chen

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

SEC v. Kara, et al.
Case No. 09-CV-1880 EMC

JOINT STATUS REPORT AND STIPULATION TO CONTINUE CMC