1  MICHAEL S. DICKE (Cal. Bar No. 158187)
   ROBERT L. TASHJIAN (Cal. Bar No. 191007)
2      tashjianr@sec.gov
   LLOYD FARNHAM (Cal. Bar No. 202231)
3      farnhaml@sec.gov

4  Attorneys for Plaintiff
5  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, 28th Floor
6  San Francisco, California  94104
   Telephone:  (415) 705-2500
7  Facsimile:  (415) 705-2501

                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE      Case No. 09-CV-1880 EMC
COMMISSION,
                             JOINT STATUS REPORT AND
        Plaintiff,           STIPULATED REQUEST TO
                             CONTINUE FURTHER CASE
        v.                   MANAGEMENT CONFERENCE

MAHER F. KARA, MICHAEL F. KARA,
BASSAM Y. SALMAN, and        [PROPOSED] ORDER
KARIM I. BAYYOUK,
                             Further Case Management Conf.:
        Defendants.          October 8, 2013 at 3:00 p.m.
                             Honorable Edward M. Chen
                             Courtroom 5, 17th Floor

   This matter is currently set for a Further Case Management Conference on October 8, 2013.  The parties submit this Joint Status Report, and a Stipulated Request to Continue the Conference to permit the parties to confer regarding the proceedings in the case in light of the pending criminal cases and the recently concluded trials in the related criminal matters.

   **I.      STATUS REPORT**

   The parties submit the following status report and updated case management statement:

   There are four remaining defendants in this insider trading action brought by the

Securities and Exchange Commission ("Commission"), (1) Maher Kara, (2) Michael Kara, (3) Bassam Salman, and (4) Karim Bayyouk. Each of the defendants in the Commission action is also a defendant in related criminal matters. Maher Kara and Michael Kara have pled guilty but have not been sentenced (U.S. v. Kara, et al., Case No. 09-CR-0417 EMC). The Court has set a status conference regarding these criminal charges for November 6, 2013.

On September 30, 2013, a jury returned a guilty verdict regarding the charges against Bassam Salman, U.S. v. Bassam Yacoub Salman, Case No. 11- CR-0625 EMC. The Court scheduled a sentencing hearing regarding Mr. Salman for January 15, 2014.

On September 3, 2013, a jury returned a guilty verdict regarding the charge against Karim Bayyouk, U.S. v. Karim Iskander Bayyouk, Case No. 12-CR-0420 EMC. The Court scheduled a sentencing hearing regarding Mr. Bayyouk for January 15, 2014.

No trial date has been set for the Commission's civil action, and dates regarding discovery deadlines and pretrial dates have been vacated by prior orders. The Court held a case management conference in this case on October 26, 2012, and directed the Commission matter stayed until the criminal matters are resolved. (Docket No. 113) The Court set a further case management for April 25, 2013, which was then continued to October 8, 2013 after the criminal trials involving Bassam Salman and Karim Bayyouk were continued to August and September.

**II.     STIPULATED REQUEST TO CONTINUE**

Based on recently concluded trials in two related criminal matters, and the Court's direction that the civil action should be stayed until the criminal matters are resolved, the parties in this action respectfully request that the further case management conference be continued for approximately 45 days to permit the parties to discuss a plan to proceed with the case and to explore resolution of the Commission's civil claims. The parties suggest a further case management conference be set for November 19, 2013.

Dated: October 2, 2013                    Respectfully submitted,

/s/ Lloyd Farnham
LLOYD FARNHAM
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

|   |   |
|---|---|
| 1 | /s/ George C. Harris |
|   | GEORGE C. HARRIS |
| 2 | Morrison & Foerster LLP |
|   | Attorneys for Defendant MAHER KARA |

/s/ George C. Harris
GEORGE C. HARRIS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
MILES EHRLICH
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ Patrick W. Blegen
GAIL R. SHIFMAN
THOMAS M. BREEN
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Brian H. Getz
BRIAN H. GETZ
Attorneys for Defendant KARIM I. BAYYOUK

In accordance with General Order 45, each of the signatories to this document have concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Lloyd Farnham
LLOYD FARNHAM

**[PRO~~PO~~SED] ORDER**

For the reasons stated above, and for good cause shown, the Court hereby continues the Further Case Management Conference in this case to __12/5/13 at 10:30 a.m__. The parties must file an updated Case Management Conference statement on or before __11/27/13__.

Dated: 10/3/13

_____
District Judge Edward M. Chen

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

SEC v. Kara, et al.
Case No. 09-CV-1880 EMC

JOINT STATUS REPORT AND STIPULATION TO CONTINUE CMC