| | |
|---|---|
| 1 | MICHAEL S. DICKE (Cal. Bar No. 158187) |
| 2 | ROBERT L. TASHJIAN (Cal. Bar No. 191007) |
|   |    tashjianr@sec.gov |
| 3 | LLOYD FARNHAM (Cal. Bar No. 202231) |
|   |    farnhaml@sec.gov |

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MAHER F. KARA, MICHAEL F. KARA, BASSAM Y. SALMAN, and KARIM I. BAYYOUK,<br><br>    Defendants. | Case No. 3:09-cv-1880-EMC<br><br>JOINT STATUS REPORT AND UPDATED CASE MANAGEMENT CONFERENCE STATEMENT ; ORDER<br><br>Further Case Management Conference:<br>March 20, 2014, 10:30 a.m.<br>Honorable Edward M. Chen<br>Courtroom 5, 17th Floor |

    This matter is currently set for a Further Case Management Conference on March 20, 2014.  The parties submit this Joint Status Report and Updated Case Management Conference Statement to update the Court on the status of the proceedings in this civil case.  The defendants remaining in this action are also involved in pending criminal cases, with sentencing hearings for each defendant currently set for dates in April and May 2014.

    There are four remaining defendants in this insider trading action brought by the Securities and Exchange Commission ("Commission"), (1) Maher Kara, (2) Michael Kara,

1  (3) Bassam Salman, and (4) Karim Bayyouk.  Each of the defendants in the Commission action
2  is also a defendant in related criminal matters arising from the insider trading allegations or
3  investigation that are also the subject of the Commission's enforcement action.  Maher Kara and
4  Michael Kara have pled guilty but have not been sentenced (U.S. v. Kara, et al., Case No. 09-
5  CR-0417 EMC).  Michael Kara is scheduled to be sentenced on May 14, 2014, and Maher Kara
6  is scheduled to be sentenced on May 21, 2014.

7  On September 30, 2013, a jury returned a guilty verdict regarding the charges against
8  Bassam Salman, U.S. v. Bassam Yacoub Salman, Case No. 11- CR-0625 EMC.  The Court has
9  scheduled a sentencing hearing regarding Mr. Salman for April 9, 2014.

10  On September 3, 2013, a jury returned a guilty verdict regarding the charge against
11  Karim Bayyouk, U.S. v. Karim Iskander Bayyouk, Case No. 12-CR-0420 EMC.  The Court has
12  scheduled a sentencing hearing regarding Mr. Bayyouk for April 16, 2014.

13  No trial date has been set for the Commission's civil action, and dates regarding
14  discovery deadlines and pretrial dates have been vacated by prior orders.  The Court held a case
15  management conference in this case on October 26, 2012, the last time the parties to the civil
16  case appeared before the Court, and directed the Commission matter stayed until the criminal
17  matters are resolved.  (Docket No. 113)  On November 22, 2013, the Court continued the Further
18  Case Management Conference until March 20, 2014 (after the criminal sentencing dates that
19  were at that time set for January).  The parties believe it is premature to set a discovery schedule
20  until the criminal cases are resolved.

22  Dated:  March 13, 2014                    Respectfully submitted,

23                                            /s/ Lloyd Farnham
                                              LLOYD FARNHAM
24                                            Attorney for Plaintiff
                                              SECURITIES AND EXCHANGE COMMISSION
25
                                              /s/ George C. Harris
26                                            GEORGE C. HARRIS
                                              Morrison & Foerster LLP
27                                            Attorneys for Defendant MAHER KARA

28

|   |   |   |
|---|---|---|
| 1 | | /s/ Ismail Ramsey |
| 2 | | ISMAIL RAMSEY<br>MILES EHRLICH |
| 3 | | Ramsey & Ehrlich LLP<br>Attorneys for Defendant MICHAEL F. KARA |
| 4 | | /s/ Patrick W. Blegen |
| 5 | | PATRICK W. BLEGEN<br>Attorneys for Defendant BASSAM Y. SALMAN |
| 6 | | /s/ Brian H. Getz |
| 7 | | BRIAN H. GETZ<br>Attorneys for Defendant KARIM I. BAYYOUK |

In accordance with General Order 45, each of the signatories to this document has concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Lloyd Farnham
LLOYD FARNHAM

```
IT IS SO ORDERED that the further CMC is reset from 3/20/14 to
6/26/14 at 10:30 a.m.  An updated joint CMC Statement shall be
filed by 6/19/14.
```

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

SEC v. KARA, ET AL.                          3                          JOINT STATUS REPORT
CASE NO. 3:09-CV-1880-EMC                                         AND UPDATED CMC STATEMENT