1  JINA L. CHOI (New York Bar No. 154425)
   MICHAEL S. DICKE (Cal. Bar No. 158187)
2  ROBERT L. TASHJIAN (Cal. Bar No. 191007)
       tashjianr@sec.gov
3  LLOYD FARNHAM (Cal. Bar No. 202231)
       farnhaml@sec.gov
4

5  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
6  44 Montgomery Street, 28th Floor
   San Francisco, California  94104
7  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501
8

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  SECURITIES AND EXCHANGE | Case No. 3:09-cv-1880-EMC |
| 15  COMMISSION, | |
| 16            Plaintiff, | JOINT STATUS REPORT AND |
| 17        v. | UPDATED CASE MANAGEMENT CONFERENCE STATEMENT |
| 18  MAHER F. KARA, MICHAEL F. KARA, | |
| 19  BASSAM Y. SALMAN, and KARIM I. BAYYOUK, | Further Case Management Conference: June 26, 2014, 10:30 a.m. |
| 20            Defendants. | Honorable Edward M. Chen Courtroom 5, 17th Floor |
| 21 | |

22        This matter is currently set for a Further Case Management Conference on June 26, 2014.

23  The parties submit this Joint Status Report and Updated Case Management Conference

24  Statement to update the Court on the status of the proceedings in this civil case.  The defendants

25  remaining in this action are also involved in pending criminal cases.  Two defendants have

26  already been sentenced, and two remaining defendants are currently scheduled to be sentenced in

27  August and September 2014.  Counsel for the Commission has discussed potential resolution of

28  the civil case with each remaining defendant, but no proposed resolutions have been finalized.

1    There are four remaining defendants in this insider trading action brought by the

2    Securities and Exchange Commission ("Commission"), (1) Maher Kara, (2) Michael Kara,

3    (3) Bassam Salman, and (4) Karim Bayyouk.  Each of the defendants in the Commission action

4    is also a defendant in related criminal matters arising from the insider trading allegations or

5    investigation that are also the subject of the Commission's enforcement action.  Maher Kara and

6    Michael Kara have pled guilty but have not been sentenced (U.S. v. Kara, et al., Case No. 09-

7    CR-0417 EMC).  Michael Kara is scheduled to be sentenced on August 27, 2014, and Maher

8    Kara is scheduled to be sentenced on September 10, 2014.

9    On September 30, 2013, a jury returned a guilty verdict regarding the charges against

10    Bassam Salman, U.S. v. Bassam Yacoub Salman, Case No. 11- CR-0625 EMC.  The Court

11    imposed a criminal sentence regarding Mr. Salman on April 9, 2014.

12    On September 3, 2013, a jury returned a guilty verdict regarding the charge against

13    Karim Bayyouk, U.S. v. Karim Iskander Bayyouk, Case No. 12-CR-0420 EMC.  The Court

14    imposed a criminal sentence regarding Mr. Bayyouk on April 15, 2014.

15    No trial date has been set for the Commission's civil action, and dates regarding

16    discovery deadlines and pretrial dates have been vacated by prior orders.  The Court held a case

17    management conference in this case on October 26, 2012, the last time the parties to the civil

18    case appeared before the Court, and directed the Commission matter stayed until the criminal

19    matters are resolved.  (Docket No. 113)  On March 18, 2014, the Court continued the Further

20    Case Management Conference until June 26, 2014 (after the criminal sentencing dates that were

21    at that time set for April and May).  The parties believe it is premature to set a discovery

22    schedule until the criminal cases are resolved.

23

24    Dated:  June 19, 2014                                    Respectfully submitted,

25                                                             /s/ Lloyd Farnham
                                                              LLOYD FARNHAM
26                                                            Attorney for Plaintiff
                                                              SECURITIES AND EXCHANGE COMMISSION
27

28

1

/s/ George C. Harris
GEORGE C. HARRIS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ Patrick W. Blegen
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Brian H. Getz
BRIAN H. GETZ
Attorneys for Defendant KARIM I. BAYYOUK

2

3

4

5

6

7

8

9

10

11        In accordance with Civil L.R. 5-1, each of the signatories to this document has concurred

12   in its filing, and I shall maintain records to support these concurrences.

13

/s/ Lloyd Farnham
LLOYD FARNHAM

14

15

16   IT IS SO ORDERED that the further CMC is reset from 6/26/14 to 10/9/14

17   at 10:30 a.m.  An updated joint CMC statement shall be filed by 10/2/14.

18   EDWARD M. CHEN
     U.S. DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28