JINA L. CHOI (N.Y. Bar No. 154425)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
ROBERT L. TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br>     v.<br><br>MAHER F. KARA, MICHAEL F. KARA, BASSAM Y. SALMAN, and KARIM I. BAYYOUK,<br><br>          Defendants. | Case No. 3:09-cv-1880-EMC<br><br>JOINT STATUS REPORT AND UPDATED CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Further Case Management Conference:<br>June 11, 2015, 10:30 a.m.<br>Honorable Edward M. Chen<br>Courtroom 5, 17th Floor |

This matter is currently set for a Further Case Management Conference on June 11, 2015. The parties submit this Joint Status Report and Updated Case Management Conference Statement to update the Court on the status of the proceedings in this civil case.  The defendants remaining in this action were also charged in related criminal cases before this Court.

**BACKGROUND**

A jury returned a guilty verdict regarding the charges against defendant Bassam Salman on September 30, 2013.  *See United States v. Bassam Yacoub Salman*, Case No. 11-CR-625

EMC.  The Court imposed a criminal sentence regarding Mr. Salman on April 9, 2014.  Mr. Salman is appealing the verdict to the Ninth Circuit Court of Appeals.

A jury returned a guilty verdict regarding the charge against defendant Karim Bayyouk on September 3, 2013.  *See United States v. Karim Iskander Bayyouk*, Case No. 12-CR-420 EMC.  The Court imposed a criminal sentence regarding Mr. Bayyouk on April 15, 2014.  Mr. Bayyouk is appealing the verdict to the Ninth Circuit Court of Appeals.

Defendant Michael Kara pleaded guilty to two counts and was sentenced by the Court on December 12, 2014.  *See United States v. Mounir Fayez Kara*, Case No. 12-CR-417 EMC.  The defendant and the government stipulated to an amount of restitution, which the Court approved on April 27, 2015.  The Court entered an amended judgment on April 29, 2015.

Defendant Maher Kara also pleaded guilty to two counts and was sentenced by the Court on December 23, 2014.  *See United States v. Maher Fayez Kara*, Case No. 12-CR-417 EMC.

**STATUS**

Counsel for the Commission and counsel for Mr. Salman and Mr. Bayyouk have reached an agreement in principle to resolve the pending civil claims against both defendants. Commission staff is in the process of recommending the proposed resolutions to the Commission.  The staff anticipates that the Commission will consider the staff's recommendation within the next four weeks.  Commission approval of the two proposed settlements would completely resolve the pending action against Mr. Salman and Mr. Bayyouk, subject to the Court's ultimate approval and entry of final judgment.

Counsel for the Commission and counsel for Maher Kara have also reached an agreement in principle.  Commission staff intends to recommend the proposed resolution to the Commission, a process that would take approximately six to eight weeks.

Commission counsel and counsel for Michael Kara have begun to discuss a resolution now that the Court has entered an amended judgment in his criminal matter.  Any agreement in principle to resolve the Commission's claims would likely be considered by the Commission at the same time it considers the proposed resolution with defendant Maher Kara.

**REQUEST**

In light of the current status, the parties would propose that the Court set a further Case Management Conference in August 2015.

Dated: June 4, 2015                    Respectfully submitted,

/s/ Robert L. Tashjian
ROBERT L. TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

/s/ George C. Harris
GEORGE C. HARRIS
JUSTIN D. HOOGS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ Patrick W. Blegen
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Brian H. Getz
BRIAN H. GETZ
Attorneys for Defendant KARIM I. BAYYOUK

In accordance with Civil L.R. 5-1, each of the signatories to this document has concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Robert L. Tashjian
ROBERT L. TASHJIAN

```
IT IS SO ORDERED that the further CMC
is reset for 8/27/15 at 10:30 a.m.  An
updated joint CMC statement shall be
filed by 8/20/15.
_____
Edward M. Chen
U.S. District Judge
```

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]