JINA L. CHOI (N.Y. Bar No. 154425)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
   schneiders@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
   lamarcas@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>   v.<br><br>MAHER F. KARA, MICHAEL F. KARA, BASSAM Y. SALMAN, and KARIM I. BAYYOUK,<br><br>      Defendants. | Case No. 3:09-cv-1880-EMC<br><br>JOINT STATUS REPORT AND UPDATED CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Further Case Management Conference:<br>August 27, 2015, 10:30 a.m.<br>Honorable Edward M. Chen<br>Courtroom 5, 17th Floor |

     This matter is currently set for a Further Case Management Conference on August 27, 2015.  The parties submit this Joint Status Report and Updated Case Management Conference Statement to update the Court on the status of the proceedings in this civil case.  The defendants remaining in this action were also charged in related criminal cases before this Court; further, the Commission has now filed with the Court papers reflecting settlements, subject to the Court's approval, with three of the four remaining defendants.

**BACKGROUND AND RELATED CASES**

A jury returned a guilty verdict regarding the charges against defendant Bassam Salman on September 30, 2013. *See United States v. Bassam Yacoub Salman*, Case No. 11-CR-625 EMC. The Court imposed a criminal sentence regarding Mr. Salman on April 9, 2014. Mr. Salman's appeal of the verdict to the Ninth Circuit Court of Appeals was rejected.

A jury returned a guilty verdict regarding the charge against defendant Karim Bayyouk on September 3, 2013. *See United States v. Karim Iskander Bayyouk*, Case No. 12-CR-420 EMC. The Court imposed a criminal sentence regarding Mr. Bayyouk on April 15, 2014. Mr. Bayyouk's appeal of the verdict to the Ninth Circuit Court of Appeals was rejected.

Defendant Michael Kara pleaded guilty to two counts and was sentenced by the Court on December 12, 2014. *See United States v. Mounir Fayez Kara*, Case No. 12-CR-417 EMC. The defendant and the government stipulated to an amount of restitution, which the Court approved on April 27, 2015. The Court entered an amended judgment on April 29, 2015.

Defendant Maher Kara also pleaded guilty to two counts and was sentenced by the Court on December 23, 2014. *See United States v. Maher Fayez Kara*, Case No. 12-CR-417 EMC.

**STATUS OF THE SEC CASE**

The Commission has reached settlement agreements with Defendants Bassam Salman, Karim Bayyouk, and Maher Kara. Each of those settlements is set forth in a Proposed Final Judgment, by Consent, filed with the Court on August 19, 2015, and all are subject to this Court's approval.

Commission counsel and counsel for Michael Kara have not reached a resolution. Accordingly, the Commission expects to move for summary judgment against Michael Kara based upon the collateral effect of his conviction. The Commission would be prepared to file its motion no later than October 9, 2015.

Dated: August 20, 2015                         Respectfully submitted,

/s/ Susan F. LaMarca
SUSAN F. LA MARCA
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

| | |
|---|---|
| 1 | /s/ George C. Harris |
| 2 | GEORGE C. HARRIS |
|   | JUSTIN D. HOOGS |
| 3 | Morrison & Foerster LLP |
|   | Attorneys for Defendant MAHER KARA |

/s/ George C. Harris
GEORGE C. HARRIS
JUSTIN D. HOOGS
Morrison & Foerster LLP
Attorneys for Defendant MAHER KARA

/s/ Ismail Ramsey
ISMAIL RAMSEY
Ramsey & Ehrlich LLP
Attorneys for Defendant MICHAEL F. KARA

/s/ Patrick W. Belgen
PATRICK W. BLEGEN
Attorneys for Defendant BASSAM Y. SALMAN

/s/ Brian H. Getz
BRIAN H. GETZ
Attorneys for Defendant KARIM I. BAYYOUK

In accordance with Civil L.R. 5-1, each of the signatories to this document has concurred in its filing, and I shall maintain records to support these concurrences.

/s/ Susan F. LaMarca
SUSAN F. LA MARCA