ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mounir Fayez Kara (Michael Kara)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   vs.<br><br>MOUNIR FAYEZ KARA,<br><br>(also known as Michael F. Kara)<br><br>       Defendant | Case No.: 09-cv-1880 EMC<br><br>**STIPULATION AND [PRO~~PO~~SED] ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT** |

On August 27, 2015, this Court ordered Plaintiff Securities and Exchange Commission ("Commission") to file a Motion for Summary Judgment by October 29, 2015, with Defendant Mounir (Michael) Kara to file an opposition on November 19, 2015.  The reply is due on December 3, 2015, and the hearing is set for December 17, 2015 at 1:30 p.m.; a further Case Management Conference was scheduled for the same date and time .   An updated Case Management Statement was ordered to be filed by December 10, 2015(Docket No. 148).

Defense counsel, Ismail Ramsey (appointed as CJA counsel) and Katharine Kates, are starting a six-week criminal ERISA fraud trial before the Honorable Yvonne Gonzalez Rogers of this Court on October 30, 2015,  *USA v. Benson*, Case No. 4:12-cr-00480-YGR.   In connection with the case, defense counsel have also commenced a *Kastigar* hearing before Judge Cousins on October 20, which is continuing daily.

Due to the time commitment necessary to adequately prepare for and participate in the trial and the related evidentiary hearing, it would not also be possible for defense counsel to respond to a motion for summary judgement on the current schedule.  Defense counsel has therefore requested that the Commission stipulate to a request that the Court continue the Briefing Schedule and Hearing for the Motion for Summary Judgment.  In view of the reasons presented by defense counsel, the Commission does not oppose this request.

Therefore, the parties hereby stipulate and request that the Court set a new hearing date and briefing schedule as follows:

- December 21, 2015 : Plaintiff's Motion for Summary Judgment to be filed
- January 6, 2016:  Defendant's  Opposition to Motion for Summary Judgment to be filed
- January 21, 2016: Plaintiff's Reply to be filed
- January 28, 2016:  Updated Case Management Statement to be filed

- February 4, 2016: Hearing on Plaintiff's Motion for Summary Judgment/ Further Case Management Conference at 1:30 pm

Dated: October 21, 2015    Respectfully Submitted,

RAMSEY & EHRLICH LLP

//s//

ISMAIL J. RAMSEY
ATTORNEY FOR MOUNIR KARA

GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.

Dated: October 26, 2015



_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Request to Continue Motion for Summary Judgment
Case No. 09-cv-1880 EMC