ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
KATHARINE KATES (Bar No. 155534)
katharine@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Defendant Mounir Fayez Kara (Michael Kara)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>MOUNIR FAYEZ KARA,<br><br>(also known as Michael F. Kara)<br><br>          Defendant | Case No.: 09-cv-1880 EMC<br><br>**DECLARATION OF MOUNIR (MICHAEL) KARA IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(EXHIBIT A FILED UNDER SEAL)**<br><br>**Date:** February 4, 2016<br>**Time:** 2:30 p.m.<br>**Before:** Honorable Edward M. Chen, Courtroom 5, 17th Floor |

DECLARATION OF MICHAEL KARA IN SUPPORT OF DEFENDANT'S OPPOSITION TO
MOTION FOR SUMMARY JUDGMENT
Case No.: 09-cv-1880 EMC
- 1 -

I, Mounir (Michael) Kara, am the defendant in the above-captioned matter. I have knowledge of the facts set forth herein, and if called as a witness, I could competently testify thereto under oath.

1. In October 2008, my wife Mariam and I filed our IRS Form 1040 for income earned in 2007. Exhibit A attached hereto is a true and correct copy of the form that we filed.

2. Schedule D to that form reflects the gains earned on the Biosite trades described in my plea agreement in *United States v. Kara,* N.D.C.A. Case No. CR 09-0417 (EMC) at paragraph 2, and as described in the SEC's motion for summary judgment in the above-captioned matter. (Docket No. 152 at 7:25-9:5). The amount we earned in gains from the Biosite trades was $1,249,637.

3. In addition, in 2007 we earned in salaries $103,500 from ARS, Inc., a toxic remediation and environmental consulting firm. *See* Exhibit A, line 7. We also earned $17,815 in interest on other investments. *See id.,* line 8. Our deductions amounted to $60,155. *See id.,* line 40.

4. As a result of the income we received from the Biosite trades, we owed a substantial amount in taxes. Attached hereto as Exhibit B are true and correct copies of the checks we wrote to the United States Treasury to pay our federal taxes and to the Franchise Tax Board for the state taxes.

DECLARATION OF MICHAEL KARA IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Case No.: 09-cv-1880 EMC
- 2 -

5. Initially, we paid $412,897 in federal taxes and $122,085 in state taxes. Later, we learned that we owed additional amounts, including $23,837.20 in federal taxes and $14,305.60 in state taxes. In total, we paid $573,124.80 in taxes for the income earned in 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Sworn this 6th day of January, 2016, in Walnut Creek, California.

DATED:  January 6, 2016          Respectfully submitted,

_____
Mounir (Michael) Kara

DECLARATION OF MICHAEL KARA IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Case No.: 09-cv-1880 EMC
- 3 -