| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2007** | | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|
| | For the year Jan 1 - Dec 31, 2007, or other tax year beginning , 2007, ending , 20 | | OMB No. 1545-0074 |

| Label<br>(See instructions.)<br>Use the IRS label.<br>Otherwise, please print or type. | MICHAEL F KARA<br>MARIAM M KARA<br><br>COPY | Your social security number ■■■<br>Spouse's social security number ■■■<br>▲ You **must** enter your social security number(s) above. ▲<br>Checking a box below will not change your tax or refund. |
|---|---|---|

| Presidential Election Campaign | ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions)............▶ | ☐ You  ☐ Spouse |
|---|---|---|

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here..▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, do **not** check box 6a............  Boxes checked on 6a and 6b.. **2**
b ☒ **Spouse**...............
c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| ■■■ | | | ☒ |
| ■■■ | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you..... **2**
• did not live with you due to divorce or separation (see instrs)...
Dependents on 6c not entered above.
Add numbers on lines above.... **4**

If more than four dependents, see instructions.

d Total number of exemptions claimed...........................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2.......................... | 7 | |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required.......................... | 8a | ■■■ |
| b | Tax-exempt interest. Do not include on line 8a.............  **8b** | | |
| 9a | Ordinary dividends. Attach Schedule B if required......................... | 9a | |
| b | Qualified dividends (see instrs)...................  **9b** | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions)...................... | 10 | |
| 11 | Alimony received.................................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ................ | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here..................▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797........................... | 14 | |
| 15a | IRA distributions..........  **15a**  b Taxable amount (see instrs).. | 15b | |
| 16a | Pensions and annuities....  **16a**  b Taxable amount (see instrs).. | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E... | 17 | |
| 18 | Farm income or (loss). Attach Schedule F............................ | 18 | |
| 19 | Unemployment compensation...................................... | 19 | |
| 20a | Social security benefits.........  **20a**  b Taxable amount (see instrs).. | 20b | |
| 21 | Other income _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income**.▶ | 22 | ■■■ |

**Adjusted Gross Income**

| 23 | Educator expenses (see instructions)........................ | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ.................. | 24 | |
| 25 | Health savings account deduction. Attach Form 8889........ | 25 | |
| 26 | Moving expenses. Attach Form 3903........................ | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE....... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans............ | 28 | |
| 29 | Self-employed health insurance deduction (see instructions)............. | 29 | |
| 30 | Penalty on early withdrawal of savings...................... | 30 | |
| 31a | Alimony paid  b Recipient's SSN....▶ _ _ _ _ _ _ _ _ .. | 31a | |
| 32 | IRA deduction (see instructions)............................. | 32 | |
| 33 | Student loan interest deduction (see instructions).......... | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917............... | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903.......... | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35.................................................. | 36 | 0. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income**...............▶ | 37 | ■■■ |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  FDIA0103L  11/02/07  Form **1040** (2007)

Form 1040 (2007)   MICHAEL F AND MARIAM M KARA                                                                 Page 2

| | | |
|---|---|---|
| **Tax and Credits** | 38  Amount from line 37 (adjusted gross income) | 38 |
| | 39a Check if: ☐ You were born before January 2, 1943, ☐ Blind.  ☐ Spouse was born before January 2, 1943, ☐ Blind.  Total boxes checked ▶ 39a | |
| Standard Deduction for — | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here. ▶ 39b ☐ | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions. | 40  Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 |
| | 41  Subtract line 40 from line 38 | 41 |
| | 42  If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the instructions | 42 |
| | 43  Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 |
| • All others: | 44  Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ Form(s) 8889 | 44 |
| Single or Married filing separately, $5,350 | 45  Alternative minimum tax (see instructions). Attach Form 6251 | 45 |
| | 46  Add lines 44 and 45 ▶ | 46 |
| Married filing jointly or Qualifying widow(er), $10,700 | 47  Credit for child and dependent care expenses. Attach Form 2441 . . . . . . . . . . 47 | |
| | 48  Credit for the elderly or the disabled. Attach Schedule R . . . . 48 | |
| | 49  Education credits. Attach Form 8863 . . . . . . . . . . . . . . . . . . . . . 49 | |
| | 50  Residential energy credits. Attach Form 5695 . . . . . . . . . . . . . 50 | |
| | 51  Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . . 51 | |
| Head of household, $7,850 | 52  Child tax credit (see instructions). Attach Form 8901 if required . . . . . . . . . . 52 | |
| | 53  Retirement savings contributions credit. Attach Form 8880 . . . 53 | |
| | 54  Credits from: a ☐ Form 8396  b ☐ Form 8859  c ☐ Form 8839 . . 54 | |
| | 55  Other credits: a ☐ Form 3800  b ☒ Form 8801  c ☐ Form  55 | |
| | 56  Add lines 47 through 55. These are your **total credits** | 56 |
| | 57  Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 |
| **Other Taxes** | 58  Self-employment tax. Attach Schedule SE | 58 |
| | 59  Unreported social security and Medicare tax from: a ☐ Form 4137  b ☐ Form 8919 | 59 |
| | 60  Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 |
| | 61  Advance earned income credit payments from Form(s) W-2, box 9 | 61 |
| | 62  Household employment taxes. Attach Schedule H | 62 |
| | 63  Add lines 57-62. This is your total tax ▶ | 63 |
| **Payments** | 64  Federal income tax withheld from Forms W-2 and 1099 . . . . . 64 | |
| If you have a qualifying child, attach Schedule EIC. | 65  2007 estimated tax payments and amount applied from 2006 return . . . . . . 65 | |
| | 66a Earned income credit (EIC) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66a | |
| | b Nontaxable combat pay election . . . . . ▶  66b | |
| | 67  Excess social security and tier 1 RRTA tax withheld (see instructions) . . . . . 67 | |
| | 68  Additional child tax credit. Attach Form 8812 . . . . . . . . . . . . . 68 | |
| | 69  Amount paid with request for extension to file (see instructions) . . . . . . . . . 69 | |
| | 70  Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885  70 | |
| | 71  Refundable credit for prior year minimum tax from Form 8801, line 27 . . . . . 71 | |
| | 72  Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | 72 |
| **Refund** | 73  If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | 73 |
| Direct deposit? See instructions and fill in 74b, 74c, and 74d or Form 8888. | 74a Amount of line 73 you want **refunded to you**. If Form 8888 is attached, check here . . ▶ ☐ | 74a |
| | ▶ b Routing number . . . . . . . . .   ▶ c Type: ☐ Checking  ☐ Savings | |
| | ▶ d Account number . . . . . . . . | |
| | 75  Amount of line 73 you want applied to your 2008 estimated tax . . . . . . . ▶  75 | |
| **Amount You Owe** | 76  Amount you owe. Subtract line 72 from line 63. For details on how to pay, see instructions . . . . . . . . . . . . ▶ | 76 |
| | 77  Estimated tax penalty (see instructions) . . . . . . . . . . . . . . . . 77 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? . . . . . . . . .  ☒ **Yes.** Complete the following.  ☐ **No** | |
| | Designee's name ▶ PREPARER   Phone no. ▶   Personal identification number (PIN) ▶ | |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | |
| Joint return? See instructions. Keep a copy for your records. | Your signature ▶    Date   Your occupation  TOXICOLOGIST   Daytime phone number | |
| | Spouse's signature. If a joint return, both must sign. ▶   Date   Spouse's occupation  PROJECT COORDINATO | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ PHILLIP S. WINSLOW   Date 10/7/08   Check if self-employed ☒   Preparer's SSN or PTIN  P00181140 |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ PHILLIP S. WINSLOW, CPA  1910 OLYMPIC BLVD., #325  WALNUT CREEK, CA 94596   EIN 68-0023845   Phone no. (925) 932-1655 |

FDIA0112L  12/06/07                                                              Form **1040** (2007)

| SCHEDULE A<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | | Itemized Deductions<br>► Attach to Form 1040.<br>► See Instructions for Schedule A (Form 1040). | | OMB No. 1545-0074<br>**2007**<br>Attachment<br>Sequence No. 07 |
|---|---|---|---|---|
| Name(s) shown on Form 1040<br>MICHAEL F AND MARIAM M KARA | | | | Your social security number |

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | |
| | 2 | Enter amount from Form 1040, line 38...... | 2 | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 |
| **Taxes You Paid**<br><br>(See instructions.) | 5 | State and local (check only one box):<br>a [X] Income taxes, **or**<br>b [ ] General sales taxes. | 5 | |
| | 6 | Real estate taxes (see instructions) | 6 | |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | |
| | 9 | Add lines 5 through 8 | | 9 |
| **Interest You Paid**<br><br>Note.<br>Personal interest is not deductible. | 10 | Home mtg interest and points reported to you on Form 1098 .....SEE. ST. .2 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ►<br><br>_____<br>_____<br>_____ | 11 | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | |
| | 13 | Qualified mortgage insurance premiums (see instructions) | 13 | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) | 14 | |
| | 15 | Add lines 10 through 14 | | 15 |
| **Gifts to Charity**<br>If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 16 | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 17 | |
| | 18 | Carryover from prior year | 18 | |
| | 19 | Add lines 16 through 18 | | 19 |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 |
| | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ► _____<br>_____ | 21 | |
| | 22 | Tax preparation fees | 22 | |
| | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ► _____<br>_____ | 23 | |
| | 24 | Add lines 21 through 23 | 24 | |
| | 25 | Enter amount from Form 1040, line 38...... | 25 | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 |
| **Miscellaneous Deductions** | 28 | Other — from list in the instructions. List type and amount ► _____<br>_____ | | 28 |
| | 29 | Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)?<br>[ ] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.<br>[X] Yes. Your deduction may be limited. See instructions for the amount to enter. | | 29 |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ► [ ] | | |

Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0301L  11/07/07    Schedule A (Form 1040) 2007

Schedule B (Form 1040) 2007 | OMB No. 1545-0074 | Page 2

Name(s) shown on Form 1040.
MICHAEL F AND MARIAM M KARA

Your social security number: [REDACTED]

## Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. 08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

1. List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶

   BANK OF AMERICA
   CHARLES SCHWAB
   CHARLES SCHWAB

Amount: [REDACTED]

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

2. Add the amounts on line 1 .................................................. **2** [REDACTED]
3. Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ................................................................ **3**
4. Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ **4**

Note. If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9a.)

5. List name of payer ... ▶

If you had a Form DIV or substitute statement from brokerage list the firm's as the payer enter the ordinary dividends shown on that form.

Amount

6. Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ........ ▶ **6** 0.

Note. If line 6 is over $1,500, you must complete Part III.

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2007, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ................................. | | X |
| b If 'Yes,' enter the name of the foreign country.. ▶ | | |
| 8 During 2007, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ................................. | | X |

Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIA0401L   06/11/07   Schedule B (Form 1040) 2007

# SCHEDULE D
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Capital Gains and Losses**

► Attach to Form 1040 or Form 1040NR. ► See Instructions for Schedule D (Form 1040).
► Use Schedule D-1 to list additional transactions for lines 1 and 8.

OMB No. 1545-0074

**2007**

Attachment Sequence No. **12**

Name(s) shown on return: MICHAEL F AND MARIAM M KARA

Your social security number: [redacted]

## Part I — Short-Term Capital Gains and Losses — Assets Held One Year or Less

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 1  CHARLES SCHWAB [redacted] | | | [redacted] | | |

2  Enter your short-term totals, if any, from Schedule D-1, line 2 .... **2**

3  Total short-term sales price amounts. Add lines 1 and 2 in column (d) ......... **3** [redacted]

4  Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 ............. **4**

5  Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ...... **5**

6  Short-term capital loss carryover. Enter the amount, if any, from line 10 of your **Capital Loss Carryover Worksheet** in the instructions ........ **6**

7  Net short-term capital gain or (loss). Combine lines 1 through 6 in column (f) .................... **7** [redacted]

## Part II — Long-Term Capital Gains and Losses — Assets Held More Than One Year

| (a) Description of property (Example: 100 shares XYZ Co) | (b) Date acquired (Mo, day, yr) | (c) Date sold (Mo, day, yr) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) Subtract (e) from (d) |
|---|---|---|---|---|---|
| 8 | | | | | |

9  Enter your long-term totals, if any, from Schedule D-1, line 9 .... **9**

10  Total long-term sales price amounts. Add lines 8 and 9 in column (d) ......... **10**

11  Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 ........ **11**

12  Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 ...... **12**

13  Capital gain distributions. See instrs ........ **13**

14  Long-term capital loss carryover. Enter the amount, if any, from line 15 of your **Capital Loss Carryover Worksheet** in the instructions ........ **14**

15  Net long-term capital gain or (loss). Combine lines 8 through 14 in column (f). Then go to Part III on page 2 ........ **15**

BAA For Paperwork Reduction Act Notice, see Form 1040 or Form 1040NR Instructions.    Schedule D (Form 1040) 2007

FDIA0612L 11/07/07

Schedule **D** (Form 1040) 2007   MICHAEL F AND MARIAM M KARA                                          Page **2**

**Part III** Summary

16  Combine lines 7 and 15 and enter the result ......................................................   **16**

   If line 16 is:
   - A **gain,** enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
   - A **loss,** skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
   - **Zero,** skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then to go line 22.

17  Are lines 15 and 16 **both** gains?

   ☐ **Yes.** Go to line 18.

   ☒ **No.** Skip lines 18 through 21, and go to line 22.

18  Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions .................  ▶ **18**

19  Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions ...................................................................................  ▶ **19**

20  Are lines 18 and 19 **both** zero or blank?

   ☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040 (or in the instructions for Form 1040NR). **Do not** complete lines 21 and 22 below.

   ☐ **No.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Schedule D Tax Worksheet** in the instructions. **Do not** complete lines 21 and 22 below.

21  If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:

   - The loss on line 16 or
   - ($3,000), or if married filing separately, ($1,500)                                                     **21**

   **Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

22  Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

   ☐ **Yes.** Complete Form 1040 through line 43, or Form 1040NR through line 40. Then complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the Instructions for Form 1040 (or in the Instructions for Form 1040NR).

   ☒ **No.** Complete the rest of Form 1040 or Form 1040NR.

Schedule **D** (Form 1040) 2007

FDIA0612L  11/07/07

| | | |
|---|---|---|
| Form **6251** | **Alternative Minimum Tax — Individuals** | OMB No. 1545-0074 **2007** |
| Department of the Treasury Internal Revenue Service (99) | ► See separate instructions. ► Attach to Form 1040 or Form 1040NR. | Attachment Sequence No. **32** |
| Name(s) shown on Form 1040 or Form 1040NR MICHAEL F AND MARIAM M KARA | | Your social security number |

### Part I — Alternative Minimum Taxable Income (See instructions for how to complete each line.)

| | | |
|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41, and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 7. (If less than zero, enter as a negative amount.)... | 1 |
| 2 | Medical and dental. Enter the smaller of Schedule A (Form 1040), line 4 or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0-... | 2 |
| 3 | Taxes from Schedule A (Form 1040), line 9... | 3 |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet in the instructions... | 4 |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27... | 5 |
| 6 | If Form 1040, line 38, is over $156,400 (over $78,200 if married filing separately), enter the amount from line 11 of the Itemized Deductions Worksheet in the Instructions for Schedule A (Form 1040)... | 6 |
| 7 | Tax refund from Form 1040, line 10 or line 21... | 7 |
| 8 | Investment interest expense (difference between regular tax and AMT)... | 8 |
| 9 | Depletion (difference between regular tax and AMT)... | 9 |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount... | 10 |
| 11 | Interest from specified private activity bonds exempt from the regular tax... | 11 |
| 12 | Qualified small business stock (7% of gain excluded under section 1202)... | 12 |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income)... | 13 |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A)... | 14 |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6)... | 15 |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss)... | 16 |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT)... | 17 |
| 18 | Passive activities (difference between AMT and regular tax income or loss)... | 18 |
| 19 | Loss limitations (difference between AMT and regular tax income or loss)... | 19 |
| 20 | Circulation costs (difference between regular tax and AMT)... | 20 |
| 21 | Long-term contracts (difference between AMT and regular tax income)... | 21 |
| 22 | Mining costs (difference between regular tax and AMT)... | 22 |
| 23 | Research and experimental costs (difference between regular tax and AMT)... | 23 |
| 24 | Income from certain installment sales before January 1, 1987... | 24 |
| 25 | Intangible drilling costs preference... | 25 |
| 26 | Other adjustments, including income-based related adjustments... | 26 |
| 27 | Alternative tax net operating loss deduction... | 27 |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $207,500, see instructions.)... | 28 |

### Part II — Alternative Minimum Tax

29 Exemption. (If this form is for a child under age 18, see instructions.)

| IF your filing status is... | AND line 28 is not over... | THEN enter on line 29... | |
|---|---|---|---|
| Single or head of household | $112,500 | $44,350 | |
| Married filing jointly or qualifying widow(er) | 150,000 | 66,250 | 29 |
| Married filing separately | 75,000 | 33,125 | |

If line 28 is over the amount shown above for your filing status, see instructions.

| | | |
|---|---|---|
| 30 | Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 33 and 35 and skip the rest of Part II... | 30 |
| 31 | • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter. <br>• If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 55 here. <br>• **All others:** If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 |
| 32 | Alternative minimum tax foreign tax credit (see instructions)... | 32 |
| 33 | Tentative minimum tax. Subtract line 32 from line 31... | 33 |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 51). If you used Schedule J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Schedule J (see instructions)... | 34 |
| 35 | **Alternative minimum tax.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45... | 35 |

BAA For Paperwork Reduction Act Notice, see separate instructions.   FDIA5312L  12/26/07   Form 6251 (2007)

| Form **8801** | Credit for Prior Year Minimum Tax — Individuals, Estates, and Trusts | OMB No. 1545-1073 |
|---|---|---|
| Department of the Treasury, Internal Revenue Service (99) | ► See separate Instructions.   ► Attach to Form 1040, 1040NR, or 1041. | **2007** Attachment Sequence No. **74** |

Name(s) shown on return: MICHAEL F AND MARIAM M KARA

Identifying number:

### Part I  Net Minimum Tax on Exclusion Items

1. Combine lines 1, 6, and 10 of your 2006 Form 6251. Estates and trusts, see instructions .................... **1**
2. Enter adjustments and preferences treated as exclusion items (see instructions)........................... **2**
3. Minimum tax credit net operating loss deduction (see instructions)....................................... **3**
4. Combine lines 1, 2, and 3. If more than zero **or** you filed Form 2555 or 2555-EZ for 2006, go to line 5. If zero or less and you did not file Form 2555 or 2555-EZ for 2006, enter -0- here and on line 15 and go to Part II. If more than $200,100 and you were married filing separately for 2006, see instructions...................... **4**
5. Enter: $62,550 if married filing jointly or qualifying widow(er) for 2006; $42,500 if single or head of household for 2006; or $31,275 if married filing separately for 2006. Estates and trusts, enter $22,500 ........ **5**
6. Enter: $150,000 if married filing jointly or qualifying widow(er) for 2006; $112,500 if single or head of household for 2006; or $75,000 if married filing separately for 2006. Estates and trusts, enter $75,000 ........ **6**
7. Subtract line 6 from line 4. If zero or less, enter -0- here and on line 8 and go to line 9...................... **7**
8. Multiply line 7 by 25% (.25)....................................................................... **8**
9. Subtract line 8 from line 5. If zero or less, enter -0-. If this form is for a child under age 18, see instructions... **9**
10. Subtract line 9 from line 4. If more than zero **or** you filed Form 2555 or 2555-EZ for 2006, go to line 11. If zero or less and you did not file Form 2555 or 2555-EZ for 2006, enter -0- here and on line 15 and go to Part II. Form 1040NR filers, see instructions ........................................................ **10**
11. • **If for 2006** you filed Form 2555 or 2555-EZ, see the instructions for the amount to enter.
    • **If for 2006** you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b (Form 1041, line 2b(2)); **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (lines 14a and 15, column (2), of Schedule D (Form 1041)), complete Part III of Form 8801 and enter the amount from line 48 here.
    • **All others:** If line 10 is $175,000 or less ($87,500 or less if married filing separately for 2006), multiply line 10 by 26% (.26). Otherwise, multiply line 10 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately for 2006) from the result. ........................................ **11**
12. Minimum tax foreign tax credit on exclusion items (see instructions)...................................... **12**
13. Tentative minimum tax on exclusion items. Subtract line 12 from line 11 .................................. **13**
14. Enter the amount from your 2006 Form 6251, line 34, or 2006 Form 1041, Schedule I, line 55.............. **14**
15. Net minimum tax on exclusion items. Subtract line 14 from line 13. If zero or less, enter -0- ................ **15**

### Part II  Current Year Nonrefundable and Refundable Credits and Carryforward to 2008

16. Enter the amount from your 2006 Form 6251, line 35, or 2006 Form 1041, Schedule I, line 56.............. **16**
17. Enter the amount from line 15 above............................................................... **17**
18. Subtract line 17 from line 16. If less than zero, enter as a negative amount ............................. **18**
19. 2006 minimum tax credit carryforward. Enter the amount from your 2006 Form 8801, line 26................ **19**
20. Enter your 2006 unallowed qualified electric vehicle credit (see instructions)............................. **20**
21. Combine lines 18, 19, and 20. If zero or less, **stop here** and see instructions........................... **21**
22. Enter your 2007 regular income tax liability minus allowable credits (see instructions)..................... **22**
23. Enter the amount from your 2007 Form 6251, line 33, or 2007 Form 1041, Schedule I, line 54.............. **23**
24. Subtract line 23 from line 22. If zero or less, enter -0-................................................ **24**
25. **Current year nonrefundable credit.** Enter the smaller of line 21 or line 24. Also enter this amount on your 2007 Form 1040, line 55; Form 1040NR, line 50; or Form 1041, Schedule G, line 2d ...................... **25**
26. • **Estates and trusts:** Leave lines 26 and 27 blank and go to line 28.
    • **Individuals:** Did you have a minimum tax credit carryforward to 2005 (on your 2004 Form 8801, line 26)?
      [X] **No.** Leave lines 26 and 27 blank and go to line 28.
      [ ] **Yes.** Complete Part IV of Form 8801 to figure the amount to enter................................. **26**
27. Is line 26 more than line 25?
    [ ] **No.** Leave line 27 blank and go to line 28.
    [ ] **Yes.** Subtract line 25 from line 26. This is your **current year refundable credit**. Enter the result here and on your 2007 Form 1040, line 71, or Form 1040NR, line 69............................................ **27**
28. **Credit carryforward to 2008.** Subtract the larger of line 25 or line 26 from line 21. Keep a record of this amount because you may use it in future years.................................................. **28**

BAA  For Paperwork Reduction Act Notice, see separate Instructions.                                              Form 8801 (2007)

FDIZ2413L  12/27/07

Form 8801 (2007)   MICHAEL F AND MARIAM M KARA                                                                                 Page 2

## Part III — Tax Computation Using Maximum Capital Gains Rates



**Caution.** If you did not complete the 2006 Qualified Dividends and Capital Gain Tax Worksheet, the 2006 Schedule D Tax Worksheet, or Part V of the 2006 Schedule D (Form 1041), see the instructions before completing this part.

29  Enter the amount from Form 8801, line 10....................................................  **29**

30  Enter the amount from line 6 of your 2006 Qualified Dividends and Capital Gain Tax Worksheet, the amount from line 13 of your 2006 Schedule D Tax Worksheet, or the amount from line 22 of the 2006 Schedule D (Form 1041), whichever applies.*........................................................  **30**

    **If you figured your 2006 tax using the 2006 Qualified Dividends and Capital Gain Tax Worksheet, skip line 31 and enter the amount from line 30 on line 32. Otherwise, go to line 31.**

31  Enter the amount from line 19 of your 2006 Schedule D (Form 1040), or line 14b, column (2), of the 2006 Schedule D (Form 1041)........................  **31**

32  Add lines 30 and 31, and enter the **smaller** of that result or the amount from line 10 of your 2006 Schedule D Tax Worksheet.............................  **32**

33  Enter the **smaller** of line 29 or line 32.....................................................  **33**

34  Subtract line 33 from line 29..............................................................  **34**

35  If line 34 is $175,000 or less ($87,500 or less if married filing separately for 2006), multiply line 34 by 26% (.26). Otherwise, multiply line 34 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately for 2006) from the result.........................................  ▶  **35**

36  Enter:
    • $61,300 if married filing jointly or qualifying widow(er) for 2006,
    • $30,650 if single or married filing separately for 2006,
    • $41,050 if head of household for 2006, or
    • $2,050 for an estate or trust............................................................  **36**

37  Enter the amount from line 7 of your 2006 Qualified Dividends and Capital Gain Tax Worksheet, the amount from line 14 of your 2006 Schedule D Tax Worksheet, or the amount from line 23 of the 2006 Schedule D (Form 1041), whichever applies. If you did not complete either worksheet or Part V of the 2006 Schedule D (Form 1041), enter -0-.................................  **37**

38  Subtract line 37 from line 36. If zero or less, enter -0-..................................  **38**

39  Enter the **smaller** of line 29 or line 30..................................................  **39**

40  Enter the **smaller** of line 38 or line 39..................................................  **40**

41  Multiply line 40 by 5% (.05).............................................................  **41**

42  Subtract line 40 from line 39............................................................  **42**

43  Multiply line 42 by 15% (.15)...........................................................  ▶  **43**

    **If line 31 is zero or blank, skip lines 44 and 45 and go to line 46. Otherwise, go to line 44.**

44  Subtract line 39 from line 33...........................................................  **44**

45  Multiply line 44 by 25% (.25)..........................................................  ▶  **45**

46  Add lines 35, 41, 43, and 45............................................................  **46**

47  If line 29 is $175,000 or less ($87,500 or less if married filing separately for 2006), multiply line 29 by 26% (.26). Otherwise, multiply line 29 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately for 2006) from the result...........................................  **47**

48  Enter the **smaller** of line 46 or line 47 here and on line 11. (If you filed Form 2555 or 2555-EZ for 2006, see the instructions)....................................  **48**

\* The 2006 Qualified Dividends and Capital Gain Tax Worksheet is in the 2006 Instructions for Form 1040. The 2006 Schedule D Tax Worksheet is in the 2006 Instructions for Schedule D (Form 1040) (2006 Instructions for Form 1041).

Form 8801 (2007)

| 2007 | FEDERAL STATEMENTS | PAGE 1 |
|---|---|---|
| | MICHAEL F AND MARIAM M KARA | |

**STATEMENT 1**
**FORM 1040**
**WAGE SCHEDULE**

| TAXPAYER - EMPLOYER | WAGES | FEDERAL W/H | FICA | MEDI-CARE | STATE W/H | SDI |
|---|---|---|---|---|---|---|
| APPLIED REMEDIAL SERVICES | | | | | | |
| TOTAL | | | | | | |
| SPOUSE - EMPLOYER | | | | | | |
| APPLIED REMEDIAL SERVICES | | | | | | |
| TOTAL | | | | | | |
| GRAND TOTAL | | | | | | |

**STATEMENT 2**
**SCHEDULE A, LINE 10**
**HOME MORTGAGE INTEREST REPORTED ON FORM 1098**

WELLS FARGO.................................................................... $
                                                              TOTAL $