# Exhibit B

MICHAEL KARA
MARIAM KARA                                    4581

                                    10-14-2008         11-35/1210
                                        Date              578

Pay to the
Order of  Franchise Tax Board          $ 122,085.00

One hundred twenty two thousand eighty five  Dollars

Bank of America
Springstowne
21 Springstowne Ctr
Vallejo CA              35#
707.746.5200

For 2007 Income Tax

⑈121000358⑈: 4581⑈ 05780⑈ 03045⑈

---

MICHAEL KARA                                   4580
MARIAM KARA

                                    10-14-2008         11-35/1210
                                        Date              578

Pay to the
Order of  United States Treasury       $ 412,897.00

Four hundred twelve thousand eight hundred ninty seven  Dollars

Bank of America
Springstowne
21 Springstowne Ctr
Vallejo CA              55#
707.746.5200

For 2007 Income Tax

⑈121000358⑈: 4580⑈ 05780⑈ 03045⑈



Fresno Service Center                             Tax Period:   December 31, 2007

```
                                                                    4615
MICHAEL KARA
MARIAM KARA
                                    11-30-2008                  11-36/1210
                                         Date                       578

Pay to the
Order of  United States Treasury          $ 23,837. 20/100

Twenty three thousand eight hundred thirty seven and 10/100  Dollars

Bank of America
Springstowne
21 Springstowne Ctr
Vallejo CA             1040 - 2007
707.746.5200
For Tax ID:

⑆121000358⑆ 4615 ⑈ 0578 ⑈ 03045⑈
```

---

✂ CUT HERE

Return this voucher with your payment or correspondence.        Amount you owe:      $23,837.20

Your Telephone Number:        Best Time to Call:
                              _____AM  _____PM                  ☐ Amount enclosed:    $23,837. 20/100
    1,370,952       1,306,265        0
                                                                  • Make payable to United States Treasury
                                                                  • Write Taxpayer Identification Number, tax
                                                                    period and tax form number on payment
                                                                ☐ Correspondence enclosed

WI         200844      0207              80221-288-79974-8

14    Internal Revenue Service                          MICHAEL F & MARIAM M KARA
      Fresno, CA  93888-0010


511781015 WO KARA 30 0 200712 670 00002383720