JINA L. CHOI (N.Y. Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneiders@sec.gov
SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
ROBERT TASHJIAN (Cal. Bar No. 191007)
  tashjianr@sec.gov
JUDITH L. ANDERSON (Cal. Bar No. 124281)
  andersonju@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        v.<br><br>MICHAEL F. KARA,<br><br>                Defendant. | Case No. 3:09-cv-1880-EMC<br><br>JOINT STATUS REPORT AND UPDATED CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Further Case Management Conference:<br>February 3, 2016, 9:30 a.m.<br>Honorable Edward M. Chen<br>Courtroom 5, 17th Floor |

        This matter is currently set for a Further Case Management Conference on February 3, 2016 in conjunction with the hearing on plaintiff The Securities and Exchange Commission's motion for summary judgment.  The parties submit this Joint Status Report and Updated Case Management Conference Statement to update the Court on the status of the proceedings in this civil case.

**BACKGROUND AND RELATED CASES**

The Commission has settled with -- and orders of final judgment have been entered against -- all defendants in this action except for defendant Michael Kara.

Defendant Michael Kara pleaded guilty to two counts.  The Court issued a Final Order of Forfeiture on February 21, 2014.  He was sentenced by the Court on December 12, 2014.  *See United States v. Mounir Fayez Kara*, Case No. 09-CR-417 EMC.  The defendant and the government stipulated to an amount of restitution, which the Court approved on April 27, 2015. The Court entered an amended judgment on April 29, 2015.

**STATUS OF THE SEC CASE**

On December 21, 2015, the Commission filed a dispositive motion for summary judgment against defendant Kara.   Briefing is complete and the motion is set for hearing on February 3, 2016.

Kara did not dispute liability and has agreed to imposition of an injunction, leaving the Commission's request for disgorgement and a civil penalty against Kara as the only outstanding issues for resolution by the Court.  The parties therefore believe no further issues will remain for trial.

Dated:  January 27, 2016                     Respectfully submitted,

                                             /s/ *Judith L. Anderson*
                                             JUDITH L. ANDERSON
                                             Attorney for Plaintiff
                                             SECURITIES AND EXCHANGE COMMISSION


                                             /s/ Ismail Ramsey
                                             ISMAIL RAMSEY
                                             Ramsey & Ehrlich LLP
                                             Attorneys for Defendant MICHAEL F. KARA

In accordance with Civil L.R. 5-1, counsel for Michael Kara has concurred in the filing of this document, and I shall maintain records to support his concurrence.


                                             /s/ *Judith L. Anderson*
                                             JUDITH L. ANDERSON

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2016, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record.

Dated: January 27, 2016                     */s/ Eric M. Pease*
                                            Eric M. Pease